UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY MALDONADO AND JOANNE MCRIGHT, individually and On Behalf Of Themselves And All Others Similarly Situated,<br>                 Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC, INC.<br>                 Defendants. | CIVIL ACTION NO. |

## EXHIBIT A

**VENUE AFFIDAVIT PURSUANT TO CALIFORNIA CIVIL CODE §1780(d)**

RENEE KENNEDY appeared in person before me today and stated under oath:

"My name is RENEE KENNEDY. I am above the age of eighteen years, and I am fully competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

(1) I am the attorney for the Plaintiffs in this action. I make this Declaration pursuant to California Code of Civil Procedure §1780(d).

(2) This action has been filed in the United States District Court Northern District of California, because Defendants APPLE, INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC, INC., are doing business in the State of California, including but not limited to the Northern District of California.

(3) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

_____
RENEE KENNEDY

SIGNED under oath before me on July 19, 2016.

_____
Notary Public, State of Texas

WILLIAM J KESMAN
Notary Public, State of Texas
Comm. Expires 07-30-2020
Notary ID 129072251