# Exhibit B

# AppleCare+

www.apple.com

© 2013 Apple Inc. All rights reserved. Apple, the Apple logo,
GarageBand, iPhoto, iPad, iPhone, iPhoto, iPod, Keynote, Numbers,
and Pages are trademarks of Apple Inc., registered in the U.S.
and other countries. AppleCare and Apple Store are service marks
of Apple Inc., registered in the U.S. and other countries.
ZS94-0096-A
Printed in U.S.A.



AppleCare+

Terms and Conditions



Terms & Conditions

AppleCare+ for iPhone
AppleCare+ for iPad
AppleCare+ for iPod

**How Consumer Rights Affect This Plan**
THE BENEFITS CONFERRED BY THIS PLAN ARE IN ADDITION TO ALL
RIGHTS AND REMEDIES PROVIDED UNDER CONSUMER PROTECTION
LAWS AND REGULATIONS. THIS PLAN SHALL NOT PREJUDICE THE RIGHTS
GRANTED BY APPLICABLE CONSUMER LAW, INCLUDING THE RIGHT TO
RECEIVE REMEDIES UNDER STATUTORY WARRANTY LAW AND TO SEEK
DAMAGES IN THE EVENT OF THE NON-PERFORMANCE BY APPLE OF ANY
OF ITS CONTRACTUAL OBLIGATIONS.

1. **The Plan**
   This service contract governs the hardware service and technical
   support provided to you by Apple under the above-mentioned plans
   (each referred to herein as the "Plan") for an Apple-branded iPhone,
   iPad or iPod and the accessories contained in its original packaging
   ("Covered Device") listed on your proof of coverage document
   ("Plan Confirmation"). Apple will also provide hardware service and
   technical support coverage for an AirPort Express or an AirPort
   Extreme Base Station, and an AirPort Time Capsule product ("iPad
   Connectivity Device") if the iPad Connectivity Device is used with an

iPad covered under the AppleCare+ for iPad and purchased no earlier than two years before the covered iPad. (For purposes of this service contract, the Covered Device and, if applicable, the iPad Connectivity Device is known collectively as the "Covered Equipment").

## 2. When Coverage Begins and Ends

Coverage begins when you purchase the Plan. Coverage ends twenty-four (24) months from the date of retail purchase of your original Covered Device ("Plan Term"). Your Plan Confirmation will be provided to you at or about the time of purchase or sent to you automatically thereafter. The terms of this Plan, the original sales receipt for your Plan and the Plan Confirmation are each part of your service contract. To obtain a copy of your Plan Confirmation, follow the instructions and enter your Covered Device's serial number at www.apple.com/support/applecare/view. You can find the price of the Plan on the original sales receipt. Coverage under this Plan is additional to the coverage provided under applicable mandatory laws, the manufacturer's hardware warranty and complimentary technical support.

## 3. What is Covered?

3.1   Hardware Service

If during the Plan Term, you submit a valid claim by notifying Apple that (i) a defect in materials and workmanship has arisen in the Covered Equipment, or (ii) the capacity of the Covered

Equipment's battery to hold an electrical charge has depleted fifty (50%) percent or more from its original specifications, Apple will either (a) repair the defect at no charge, using new parts or parts that are equivalent to new in performance and reliability, or (b) exchange the Covered Equipment, with a replacement product that is new or equivalent to new in performance and reliability. All replacement products provided under this Plan will at a minimum be functionally equivalent to the original product. If Apple exchanges the Covered Equipment, the original product becomes Apple's property and the replacement product is your property, with coverage for the remaining period of the Plan.

3.2   Accidental Damage from Handling

If during the Plan Term you submit a valid claim notifying Apple that the Covered Device has failed due to accidental damage from handling ("ADH"), Apple will, subject to the service fee described below, either (i) repair the defect using new or refurbished parts that are equivalent to new in performance and reliability, or (ii) exchange the Covered Device with a replacement product that is new or equivalent to new in performance and reliability (both individually known as a "Service Event"). ADH coverage will expire and all of Apple's obligations to you under this section 3.2 will be fulfilled in its entirety before the end of the Plan Term when Apple, as a result of ADH claims, has provided to you two (2) Service Events.

ADH coverage only applies to an operational or mechanical failure caused by an accident from handling that is the result of an unexpected and unintentional external event (e.g. drops and liquid contact) that arises from your normal daily usage of the Covered Device as intended for such Covered Device. ADH coverage does not include (a) protection against normal wear and tear, theft, misplacement, reckless, abusive, willful or intentional conduct associated with handling and use of the Covered Device, (b) protection against any other act or result not covered by the Plan, as described in Section 4.2 below, or (c) any resultant damage to the Covered Device that arises from one or more conditions described in Section 3.2(a) or (b). Apple may ask you to provide an explanation of where and when the accident occurred with a detailed description of the actual event. Apple will deny your claim if you fail to pay the service fee or fail to provide information relating to the accident when asked.

• Under AppleCare+ for iPhone, you will pay a $79 (U.S.) dollar service fee plus applicable tax for each ADH claim.
• Under AppleCare+ for iPad, you will pay a $49 (U.S.) dollar service fee plus applicable tax for each ADH claim.
• Under AppleCare+ for iPod, you will pay a $29 (U.S.) dollar service fee plus applicable tax for each ADH claim.

3.3 Technical Support

During the Plan Term, Apple will provide you with access to telephone and web-based technical support resources. Your complimentary technical support ends ninety (90) days after the Covered Equipment's date of original purchase. Technical support may include assistance with installation, launch, configuration, troubleshooting, and recovery (except for data recovery), including storing, retrieving, and managing files; interpreting system error messages; and determining when hardware service is required or ADH coverage may be applicable. Apple will provide support for the then-current version of the supported software, and the prior Major Release. For purposes of this section, the term "Major Release" means a significant version of software that is commercially released by Apple in a release number format such as "1.0" or "2.0" and which is not in beta or pre-release form.

3.4 Scope of Technical Support

Under the Plan, Apple will provide technical support for the following:

(i) Covered Equipment,

(ii) Operating system ("OS") and software applications that are pre-installed with the Covered Equipment ("Consumer Software"),

(iii) Apple-branded software applications that are designed to operate with the Covered Equipment, including but not limited to Keynote, Pages, Numbers, iPhoto, iMovie and GarageBand (also referred to as "Consumer Software"), and

(iv) Connectivity issues between the Covered Equipment and a Supported Computer. A "Supported Computer" means a computer that meets the Covered Equipment's connectivity specifications and runs an operating system supported by the Covered Equipment.

## 4. What is not Covered?

4.1  Hardware Service and ADH Coverage Area

Under AppleCare+ for iPhone and AppleCare+ for iPad, Apple may restrict hardware service and ADH coverage to the country where the Covered Device was originally purchased.

4.2  Hardware Coverage and ADH Coverage

(i) The Plan does not apply to installation, removal or disposal of the Covered Equipment, or provision of equipment while the Covered Equipment is being serviced.

(ii) The Plan does not apply to damage caused by (a) a product that is not the Covered Equipment, (b) abuse, misuse, fire, earthquake or other external causes except as described in section 3.2 above, (c) operating the Covered Equipment outside the permitted or intended uses described by the

manufacturer, or (d) service performed by anyone who is not a representative of Apple or an Apple Authorized Service Provider ("AASP").

(iii) The Plan does not apply to a product with a serial number that has been altered, defaced or removed, or has been modified to alter its functionality or capability without the written permission of the manufacturer.

(iv) The Plan does not apply to Covered Equipment that has been lost or stolen. This Plan only applies to Covered Equipment returned to Apple in its entirety.

(v) The Plan does not apply to cosmetic damage to the Covered Equipment, including but not limited to scratches and dents that do not otherwise affect the functionality of the Covered Equipment.

(vi) The Plan does not apply to preventative maintenance on the Covered Equipment.

(vii) The Plan does not apply to defects caused by normal wear and tear or which is otherwise due to normal aging of the product, and

(viii) The Plan does not apply to a pre-existing condition on any Covered Equipment if you purchased the Plan after you purchased the Covered Equipment.

*Important:* Do not open the Covered Equipment, as damage caused as a result of opening the equipment is not covered by this Plan. Only Apple or an authorized service provider should perform service on the Covered Equipment.

4.3  Technical Support

(i)   The Plan does not include Technical Support for your use of the OS and Consumer Software as server-based applications.

(ii)  The Plan does not include Technical Support for issues that could be resolved by upgrading software to the then current version.

(iii) The Plan does not include Technical Support for third-party products or their effects on or interactions with the Covered Equipment, the OS or Consumer Software.

(iv)  The Plan does not include Technical Support for your use of a computer or operating system that is not related to Consumer Software or to connectivity issues with the Covered Equipment.

(v)   The Plan does not include Technical Support for Apple software other than the OS or Consumer Software, as covered under the Plan.

(vi)  The Plan does not include Technical Support for OS software or any Apple-branded software designated as "beta," "prerelease," or "preview" or similarly labeled software, and

(vii) The Plan does not include Technical Support for damage to, or loss of any software or data that was residing or recorded on the Covered Equipment. The Plan does not cover the recovery or reinstallation of software programs and user data.

5.  **How to Obtain Service and Support?**

You may obtain hardware services, which include those relating to ADH coverage and technical support. To obtain such services or support, please access the Apple website (www.apple.com/support/country) or call the telephone number listed below. If you call, you will need to give the Apple technical support representative who answers your call the Plan Agreement Number or Covered Equipment serial number before you can receive assistance. You need to keep your Plan Confirmation document and the original sales receipt for your Covered Equipment and your Plan, as it will be required if there is any question as to your Covered Equipment's eligibility for coverage.

6.  **Service Options**

6.1  Apple will provide hardware services to you through one or more of these options:

(i)   Carry-in service. Carry-in service is available for most Covered Equipment products. Return the Covered Equipment to an Apple-owned retail store location or to an AASP that offers carry-in service. Service will be performed for you at the store,

or the store may send the Covered Equipment to an Apple repair service ("ARS") site for service. Once you are notified that service is complete, you will promptly retrieve the Covered Equipment.

(ii) Mail-in service. Direct mail-in service is available for most Covered Equipment products. If Apple determines that your Covered Equipment is eligible for mail-in service, Apple will send you prepaid way bills (and if you no longer have the original packaging, packaging material) and you will ship the Covered Equipment to an ARS site in accordance with Apple's instructions. Once service is complete, the ARS site will return the Covered Equipment to you. Apple will pay for shipping to and from your location if you follow all instructions.

(iii) Express Replacement Service ("ERS") or do-it-yourself ("DIY") parts service. ERS is available for certain Covered Equipment parts service. DIY parts service is available for many Covered products. DIY parts service or accessories, and this will allow you to service your own Covered Equipment. If ERS or DIY parts service is available in the circumstances, the following process will apply:

(a) Service where Apple requires return of the replaced Covered Equipment or part. Apple may require a credit card authorization to serve as security for the retail price of the replacement Covered Equipment or part and

applicable shipping costs. If you are not able to provide credit card authorization, service may not be available to you and Apple will offer an alternative arrangement for service. Apple will ship a replacement Equipment or part to you with installation instructions, if such are applicable, and any requirements for the return of the replaced Covered Equipment or part. If you follow the instructions, Apple will cancel the credit card authorization, so you will not be charged for the Covered Equipment or part and shipping to and from your location. If you fail to return the replaced Covered Equipment or part as instructed or return a replaced Covered Equipment or part that is ineligible for service, Apple will charge the credit card for the authorized amount.

(b) Service where Apple does not require return of the replaced product or part. Apple will ship you free of charge a replacement product or part accompanied by instructions on installation, if applicable, and any requirements for the disposal of the replaced product or part.

(c) Apple is not responsible for any labor costs you incur in respect to ERS or DIY parts service. Should you require further assistance, you should contact Apple at the telephone number listed below.

6.2   Apple reserves the right to change the method by which Apple may provide repair or replacement service to you, and your Covered Equipment's eligibility to receive a particular method of service. Service will be limited to the options available in the country where you request service. Service options, parts availability and response times may vary according to country. If service is not available for the Covered Equipment in a country that is not the country of purchase, you may be responsible for shipping and handling charges to facilitate service to a country where service is available. If you seek service in a country that is not the country of purchase, you will comply with all applicable import and export laws and regulations and be responsible for all custom duties, V.A.T. and other associated taxes and charges. For international service, Apple may repair or exchange products and parts with comparable products and parts that comply with local standards.

7.   **Your Responsibilities**

To receive service or support under the Plan, you agree to comply with each of the terms listed below.

(i)   You will provide your Plan Agreement Number and a copy of your Plan's original proof of purchase, if requested.

(ii)   You will provide information about the symptoms and causes of the issues with the Covered Equipment.

(iii)   You will respond to requests for information, including but not limited to the Covered Equipment serial number, model, version of the operating system and software installed, any peripherals devices connected or installed on the Covered Equipment, any error messages displayed, the actions which were taken before the Covered Equipment experienced the issue and the steps taken to resolve the issue.

(iv)   You will follow instructions Apple gives you, including but not limited to refraining from sending Apple products and accessories that are not subject to repair or replacement service and packing the Covered Equipment in accordance with shipping instructions.

(v)   You will update software to currently published releases prior to seeking service.

(vi)   You will make sure to back up software and data residing on the Covered Equipment. DURING HARDWARE SERVICE, APPLE WILL DELETE THE CONTENTS OF THE COVERED EQUIPMENT AND REFORMAT THE STORAGE MEDIA. Apple will return your Covered Equipment or provide a replacement as the Covered Equipment was originally configured, subject to applicable updates. Apple may install OS updates as part of hardware service that will prevent the Covered Equipment from reverting to an earlier version of the OS. Third party applications installed on the Covered Equipment may not be compatible or work with

the Covered Equipment as a result of the OS update. You will be responsible for reinstalling all other software programs, data and passwords.

## 8. Limitation of Liability

TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, APPLE AND ITS EMPLOYEES AND AGENTS WILL UNDER NO CIRCUMSTANCES BE LIABLE TO YOU OR ANY SUBSEQUENT OWNER OF THE COVERED EQUIPMENT FOR ANY INDIRECT OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO COSTS OF RECOVERING, REPROGRAMMING, OR REPRODUCING ANY PROGRAM OR DATA OR THE FAILURE TO MAINTAIN THE CONFIDENTIALITY OF DATA, ANY LOSS OF BUSINESS, PROFITS, REVENUE OR ANTICIPATED SAVINGS, RESULTING FROM APPLE'S OBLIGATIONS UNDER THIS PLAN. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, THE LIMIT OF APPLE AND ITS EMPLOYEES AND AGENT'S LIABILITY TO YOU AND ANY SUBSEQUENT OWNER ARISING UNDER THE PLAN SHALL NOT EXCEED THE ORIGINAL PRICE PAID FOR THE PLAN. APPLE SPECIFICALLY DOES NOT WARRANT THAT (i) IT WILL BE ABLE TO REPAIR OR REPLACE COVERED EQUIPMENT WITHOUT RISK TO OR LOSS OF PROGRAMS OR DATA, (ii) IT WILL MAINTAIN THE CONFIDENTIALITY OF DATA, OR (iii) THAT THE OPERATION OF THE PRODUCT WILL BE UNINTERRUPTED OR ERROR-FREE. FOR CONSUMERS IN JURISDICTIONS WHO HAVE THE BENEFIT OF CONSUMER PROTECTION LAWS OR REGULATIONS, THE BENEFITS CONFERRED BY THIS PLAN ARE IN ADDITION TO ALL RIGHTS AND REMEDIES PROVIDED UNDER SUCH LAWS AND REGULATIONS, TO THE EXTENT THAT LIABILITY UNDER SUCH LAWS AND REGULATIONS MAY BE LIMITED, APPLE'S LIABILITY IS LIMITED, AT ITS SOLE OPTION, TO REPLACE OR REPAIR OF THE COVERED EQUIPMENT OR SUPPLY OF THE SERVICE. SOME STATES OR PROVINCES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO SOME OR ALL OF THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU.

## 9. Cancellation

You may cancel this Plan at any time for any reason. If you decide to cancel this Plan, you may call Apple at the telephone number below to do so, or you may send or fax written notice with your Plan Agreement Number to AppleCare Administration, P.O. Box 149125, Austin, TX 78714-9125, U.S. (fax number 916-405-3973). You must send a copy of the Plan's original proof of purchase with your notice. Unless local law provides otherwise, if you cancel within thirty (30) days of your Plan's purchase, or receipt of this Plan, whichever occurs later, you will receive a full refund less the value of any service provided under the Plan. If you cancel more than thirty (30) days after your receipt of this Plan, you will receive a pro rata refund of the original purchase price. The pro rata refund is based on the percentage of unexpired Plan Term from the Plan's date of purchase, less (a) a cancellation fee of twenty-five ($25) dollars or ten percent (10%) of the pro-rata

amount, whichever is less, and (b) the value of any service provided to you under the Plan. Unless applicable local law provides otherwise, Apple may cancel this Plan for fraud or material misrepresentation. Unless applicable local law provides otherwise, Apple may also cancel this Plan if service parts for the Covered Equipment are not available, upon thirty (30) days prior written notice. If Apple cancels this Plan for the unavailability of service parts, you will receive a pro-rata refund for the Plan's unexpired term.

## 10. Transfer of Plan

Subject to the restrictions set forth below, you may make a one-time permanent transfer of all of your rights under the Plan to another party, provided that (a) you transfer to the other party the original proof of purchase, the Plan's Confirmation, the Plan's printed materials and this service contract; (b) you notify Apple of the transfer by sending, faxing or e-mailing notice of transfer to Apple Inc., ATTN: Agreement Administration, MS: 217-AC, 2511 Laguna Blvd, Elk Grove, CA 95758, U.S., fax number 916-405-3655 or agents_transfer@apple.com, respectively, and (c) the other party accepts the terms of this service contract. When notifying Apple of the transfer, you must provide the Plan Agreement Number, the serial number of the Covered Equipment, and the name, address, telephone number and email address of the new owner.

## 11. General Terms

(i)   Apple may subcontract or assign performance of its obligations to third parties but shall not be relieved of its obligations to you in doing so.

(ii)   Apple is not responsible for any failures or delays in performing under the Plan that are due to events outside Apple's reasonable control.

(iii)   You are not required to perform preventative maintenance on the Covered Equipment to receive service under the Plan.

(iv)   This Plan is offered and valid only in the fifty states of the United States of America and the District of Columbia and all provinces and territories of Canada. Persons who have not reached the age of majority may not purchase this Plan. This Plan may not be available in all states of the United States and in all provinces and territories of Canada, and is not available where prohibited by law.

(v)   In carrying out its obligations Apple may, at its discretion and solely for the purposes of monitoring the quality of Apple's response, record part or all of the calls between you and Apple.

(vi)   You agree that any information or data disclosed to Apple under this Plan is not confidential or proprietary to you. Furthermore, you agree that Apple may collect and process data on your behalf when it provides service. This may include transferring

your data to affiliated companies or service providers in accordance with the Apple Customer Privacy Policy.

(vii) Apple has security measures, which should protect your data against unauthorized access or disclosure as well as unlawful destruction. You will be responsible for the instructions you give to Apple regarding the processing of data, and Apple will seek to comply with those instructions as reasonably necessary for the performance of the service and support obligations under the Plan. If you do not agree with the above or if you have questions regarding the processing of your data, contact Apple at the telephone numbers provided.

(viii) Apple will protect your information in accordance with Apple Customer Privacy Policy available at http://www.apple.com/legal/internet-services/privacy. If you wish to have access to the information that Apple holds concerning you or if you want to make changes, access URL www.apple.com/contact/myinfo to update your personal contact preferences or you may contact Apple at URL www.apple.com/privacy/contact.

(ix) The terms of the Plan, including the original sales receipt of the Plan and the Plan Confirmation, shall prevail over any conflicting, additional, or other terms of any purchase order or other document, and constitute your and Apple's entire understanding with respect to the Plan.

(x) Apple is not obligated to renew this Plan. If Apple does offer to renew this Plan, it will determine the price and terms.

(xi) There is no informal dispute settlement process available under this Plan.

(xii) "Apple" is AppleCare Service Company, Inc., an Arizona corporation with its registered office at c/o CT Corporation System, 2394 East Camelback Road, Phoenix, Arizona 85016, doing business in the state of Texas as Apple CSC, Inc., for Plans sold in the United States. The obligations of all Plans sold in the United States are backed by the full faith and credit of the provider, AppleCare Service Company, Inc. "Apple" is Apple Canada Inc., with offices at 7495 Birchmount Road, Markham, Ontario, L3R 5G2, Canada for Plans sold in Canada. Apple Canada Inc. is the legal and financial obligor for Plans sold in Canada.

(xiii) The Administrator is Apple Inc. (the "Administrator" "TDLR License #300), a California corporation with its registered office at 1 Infinite Loop, Cupertino, California 95014. The Administrator is responsible for the collection and transfer to AppleCare Service Company, Inc. of the purchase price for the Plan and for the administration of claims under the Plan.

(xiv) Except where prohibited by law, the laws of the State of California govern Plans purchased in the United States. The laws of the province of Ontario govern Plans purchased in Canada except where prohibited by law. If these terms are inconsistent

with the laws of any jurisdiction where you purchase this Plan, including the laws of Arizona, Florida, Georgia, Nevada, Oregon, Vermont, Washington, Wisconsin and Wyoming, then the laws of that jurisdiction will control.

(xv) Support services under this Plan may be available in English and French only.

## 12. Country, Province and State Variations

One or more of the terms that appear below may apply to the Plan. The terms below may vary from one or more of the terms that appear above this section. The following country, province or state variations will control if inconsistent with any other provisions of this Plan:

12.1 Canada

In Canada, the service fee for each ADH Claim as described in section 3.2 is (i) seventy-nine (CDN$79) Canadian dollars plus applicable tax for AppleCare+ for iPhone, (ii) forty-nine (CDN$49) Canadian dollars applicable tax for AppleCare+ for iPad, and (iii) twenty-nine (CDN$29) Canadian dollars plus applicable tax for AppleCare+ for iPod. The cancellation fee described in section 9 is twenty-five (CDN$25) Canadian dollars or ten percent (10%) of the pro-rata amount, whichever is less.

**Quebec Residents**
The laws of the Province of Quebec will govern this Plan and any

disputes arising under it. The section "Limitation of Liability" is not applicable to residents of Quebec.

12.2 United States
**Alabama, California, Hawaii, Maryland, Minnesota, Missouri, New Mexico, Nevada, New York, South Carolina, Texas, Washington and Wyoming Residents.**
If you purchased the Plan in one of these states, this term applies to the Plan.
If you cancel this Plan pursuant to these terms and conditions, and Apple fails to refund the purchase price to you within the time period specified below Apple will pay you a penalty of 10% per month for the unpaid amount due and owing. For California, New York, Missouri and Washington residents Apple will provide a refund within 30 days. For Alabama, Hawaii, Maryland, Minnesota, Nevada, South Carolina, Texas and Wyoming residents Apple will provided a refund within 45 days. For New Mexico residents, Apple will provide a refund within 60 days. The right to cancel and receive this penalty payment only applies to the original owner of the Agreement and may not be transferred or assigned. The obligations of the provider under this service contract are backed by the full faith and credit of the provider, AppleCare Service Company, Inc.

## California Residents

If you purchased the Plan in this state, this term applies to the Plan. If you cancel the Plan within thirty (30) days of your Plan receipt, you will receive a full refund less the value of any service provided under the Plan.

## Colorado Residents

If you purchased the Plan in this state, this term applies to the Plan. *Notice:* This Plan is subject to the Colorado Consumer Protection Act or the Unfair Practices Act, Articles 1 and 2 of Title 6, CRS.

## Connecticut Residents

If you purchased the Plan in this state, this term applies to the Plan. The expiration date of the Plan will automatically be extended by the period that the Covered Equipment is in Apple's custody while it is being serviced. Resolution of Disputes: Disputes may be resolved by arbitration. Unresolved disputes or complaints may be mailed, with a copy of this Plan, to State of Connecticut, Insurance Dept., P.O. Box 816, Hartford, CT 06142-0846, Attn: Consumer Affairs.

## Florida Residents

If you purchased the Plan in this state, this term applies to the Plan. The laws of the State of Florida will govern this Plan and any disputes arising under it. The rate that is charged for this Plan is not subject to regulation by the Florida Office of Insurance Regulation. No cancellation fee will be imposed in the event of a cancellation.

## Michigan Residents

If you purchased the Plan in this state, this term applies to the Plan. If performance of the service contract is interrupted because of a strike or work stoppage at the company's place of business, the effective period of the service contract shall be extended for the period of the strike or work stoppage.

## Nevada Residents

If you purchased the Plan in this state, this term applies to the Plan. Cancellations:No Plan that has been in effect for at least 70 days may be canceled by the provider before the expiration of the agreed term or one year after the effective date of the Plan, whichever occurs first, except on the following grounds:

a. Failure by the holder to pay an amount due;

b. Conviction of the holder of a crime, which results in an increase in the service required;

c. Discovery of fraud or material misrepresentation by the holder in obtaining the Plan, or in presenting a claim for service thereunder;

d. Discovery of an act or omission by the holder, or a violation by the holder of any condition of the Plan, which occurred after the effective date of the Plan and which substantially and materially increases the service required under the Plan;

e. A material change in the nature or extent of the required service or repair which occurs after the effective date of the Plan and which causes the required service or repair to be substantially and materially increased beyond that contemplated at the time that the Plan was issued or sold.

*Grounds for cancellation; date cancellation effective.* No cancellation of a service contract may become effective until at least 15 days after the notice of cancellation is mailed to the holder.

*Cancellation of contract; refund of purchase price; cancellation fee:*

(i) If Apple cancels this Plan, Apple shall refund to Nevada consumers the portion of the purchase price that is unearned. Apple may deduct any outstanding balance on your account from the amount of the purchase price that is unearned when calculating the amount of the refund. If Apple cancels a contract pursuant to NRS 690C.270, it may not impose a cancellation fee.

(ii) Except as otherwise provided in this section, a Nevada resident who is the original purchaser of this Plan, who submits to Apple a request in writing to cancel the Plan in accordance with the terms of the Plan, shall receive a refund of the portion of the Plan's purchase price that is unearned and Apple will not deduct the value of any service provided.

(iii) If you request the cancellation of this Plan after the first thirty (30) days of the Plan term, Apple may impose the cancellation fee described in the Plan, but will not deduct the value of any service provided.

(iv) When Apple calculates the amount of a refund pursuant to subsection (ii), it may deduct from the portion of the purchase price that is unearned (a) any outstanding balance on the account and (b) any cancellation fee imposed pursuant to this Plan. AppleCare Service Company, Inc. backs this Plan for Nevada residents by its full faith and credit.

No prior approval for services or goods covered under the Plan is necessary.

Tax is not applicable in the state of Nevada on the service fee for ADH claims.

**New Hampshire Residents**
If you purchased the Plan in this state, this term applies to the Plan. In the event you do not receive satisfaction under this contract, you may contact the New Hampshire insurance department, by mail at State of New Hampshire Insurance Department, 21 South Fruit Street, Suite 14, Concord NH 03301, or by telephone, via Consumer Assistance, at 800-852-3416.

## New Mexico Residents

If you purchased the Plan in this state, this term applies to the Plan.

Cancellations: No Plan that has been in effect for at least 70 days may be canceled by the provider before the expiration of the agreed term or one year after the effective date of the Plan, whichever occurs first, except on the following grounds:

a. Failure by the holder to pay an amount due;

b. Conviction of the holder of a crime, which results in an increase in the service required;

c. Discovery of fraud or material misrepresentation by the holder in obtaining the Plan, or in presenting a claim for service thereunder;

d. Discovery of an act or omission by the holder, or a violation by the holder of any condition of the Plan, which occurred after the effective date of the Plan and which substantially and materially increases the service required under the Plan; or

e. A material change in the nature or extent of the required service or repair which occurs after the effective date of the Plan and which causes the required service or repair to be substantially and materially increased beyond that contemplated at the time that the Plan was issued or sold.

## North Carolina Residents

If you purchased the Plan in this state, this term applies to the Plan.

The purchase of this Plan is not required either to purchase or to obtain financing for the Covered Equipment. Apple Inc. will not cancel this Plan EXCEPT for failure to pay the purchase price for the Plan.

## Ohio Residents

If you purchased the Plan in this state, this term applies to the Plan. Although this service contract is not an insurance policy, the obligations for claims hereunder for Plans sold in Ohio are insured by Illinois National Insurance Co., with an address of 180 Maiden Lane 25th Floor, New York, NY 10038 (Phone Number: 1-800-250-3819). With any correspondence, please provide your phone number and case number, if applicable. You are entitled to make a direct claim against the insurance company if Apple fails to provide service pursuant to a claim sixty (60) days after Apple's receipt of your claim.

## Oregon Residents

If you purchased the Plan in this state, this term applies to the Plan. In the event you do not receive satisfaction under this contract, you may contact the Oregon Department of Consumer and Business Services by mail at the Department of Consumer and Business Services, Oregon Insurance Division, 350 Winter Street NE, Salem, OR 97301; or by telephone via Consumer Advocacy, at 888-877-4894.

## South Carolina Residents

If you purchased the Plan in this state, this term applies to the Plan. You may address any unresolved complaints or Plan regulation questions to the South Carolina Department of Insurance, P.O. Box 100105, Columbia, South Carolina 29202-3105, Tel: 1-800-768-3467.

## Tennessee Residents

If you purchased the Plan in this state, this term applies to the Plan. The Plan Term of this Plan shall be extended the number of days you are deprived of the use of the product because the product is in repair plus two (2) additional workdays.

## Texas Residents

If you purchased the Plan in this state, this term applies to the Plan. The provider may cancel this Plan with no prior notice for non-payment, misrepresentation or a substantial breach of a duty by the holder relating to the Covered Equipment or its use. You may address any unresolved complaints or contract regulation question to the TX Dept. of Licensing and Regulation, P.O. Box 12157, Austin, TX 78711, U.S.

The Administrator in Texas is Apple Inc., TDLR License. #300.

## Wisconsin Residents

If you purchased the Plan in this state, this term applies to the Plan. THIS WARRANTY IS SUBJECT TO LIMITED REGULATION BY THE OFFICE OF THE COMMISSIONER OF INSURANCE.

If you cancel this Plan within thirty (30) days of your Plan's purchase, or receipt of these Terms and Conditions, whichever occurs later, you will receive a full refund. If you cancel this Plan more than thirty (30) days after your receipt of the Plan, you will receive a pro-rata refund of the original purchase price, based on the percentage of the unexpired Plan Term, less a cancellation fee of twenty-five ($25 USD) dollars or ten percent (10%) of the pro-rata amount, whichever is less. No deduction shall be made from the refund for the cost of any service received. Apple will not cancel this Plan EXCEPT for failure to pay the purchase price for the Plan. If Apple cancels the Plan, you will be paid a pro-rata refund for the Plan's unexpired term.

**Wyoming Residents**

If Apple cancels this Plan, Apple will mail to you written notice of the cancellation at your last known address contained in Apple's records. Apple will mail this written notice to you no less than ten (10) days prior to the date when the cancellation will take effect. This written notice to you will contain the date when the cancellation will take effect and the reasons for the cancellation. Apple is not obligated to provide prior notice if cancellation is due to nonpayment of the Plan, a material misrepresentation by you to Apple, a substantial breach of your duties under the Plan or a substantial breach of your duties relating to the Covered Equipment or its use.

Disputes that arise under this Plan may be settled in accordance with the Wyoming Arbitration Act.

**Telephone Numbers**

**United States**

800-APL-CARE (800-275-2273)

7:00 A.M. to 10:15 P.M. central time*

Seven days a week

**Canada**

800-263-3394

8:00 A.M. to 8:15 P.M. central time*

Seven days a week

* Telephone numbers and hours of operation may vary and are subject to change. You can find the most up-to-date local and international contact information at www.apple.com/contact/phone_contacts. html. Toll-free numbers are not available in all countries.

Modalités

## AppleCare+ pour iPhone
## AppleCare+ pour iPad
## AppleCare+ pour iPod

**Applicabilité des droits du consommateur à l'égard de ce plan**
LES AVANTAGES DE CE PLAN S'AJOUTENT À TOUS LES DROITS
ET RECOURS DONT VOUS DISPOSEZ EN VERTU DES LOIS SUR LA
PROTECTION DU CONSOMMATEUR. CE PLAN NE LIMITE PAS LES DROITS
DONT VOUS DISPOSEZ EN VERTU DES LOIS SUR LA PROTECTION
DU CONSOMMATEUR APPLICABLES, NOTAMMENT VOS DROITS AUX
RECOURS DÉCOULANT DES GARANTIES PRÉVUES PAR LA LOI ET À
L'OBTENTION DE COMPENSATIONS AUX SUITES DE DOMMAGES
RÉSULTANT DU DÉFAUT D'APPLE DE RESPECTER SES OBLIGATIONS
CONTRACTUELLES.

1. **Le Plan.**
Ce contrat de service régit l'entretien matériel et l'assistance
technique qui vous sont offerts par Apple en vertu des plans
susmentionnés (collectivement, le « plan ») pour votre appareil
iPhone, iPad ou iPod de marque Apple et ses accessoires inclus dans
l'emballage original (individuellement, un « appareil couvert ») inscrit
sur votre document de preuve de couverture (la « confirmation
du plan »). Apple offre également la couverture pour l'entretien

matériel et l'assistance technique pour la borne d'accès AirPort
Express, AirPort Extreme ou AirPort Time Capsule (un « dispositif de
connectivité pour iPad ») si le dispositif de connectivité pour iPad
est utilisé conjointement avec un appareil iPad couvert en vertu du
plan AppleCare+ pour iPad et qu'il a été acheté au plus tard deux
ans avant ledit iPad. (Aux fins du présent contrat de service, l'appareil
couvert et, le cas échéant, le dispositif de connectivité pour iPad sont
désignés collectivement comme du « matériel couvert ».)

2. **Début et fin de la couverture.**
La couverture commence au moment de l'achat du plan. La
couverture prend fin vingt-quatre (24) mois après la date de l'achat
au détail de votre appareil couvert original (la « durée du plan »).
Votre confirmation du plan vous sera remise au moment de l'achat
ou vous sera envoyée automatiquement peu après. Les conditions
du plan, le reçu de vente original pour le plan et la confirmation
du plan font partie de votre contrat de service. Pour obtenir une
copie de votre confirmation du plan, suivez les directives et entrez le
numéro de série de votre appareil couvert au
www.apple.com/support/applecare/view. Le prix du plan est
indiqué sur le reçu de vente original. La couverture en vertu de ce
plan s'ajoute à la couverture fournie en vertu des lois impératives
applicables, de la garantie du fabricant sur le matériel et de
l'assistance technique gratuite.

### 3. Ce qui est couvert.

3.1 Entretien matériel

Si vous soumettez une réclamation valide au cours de la durée du plan visant à aviser Apple (i) qu'un défaut de matériaux ou de fabrication touche le matériel couvert ou (ii) que la capacité de la batterie du matériel couvert a retenir sa charge a diminué de cinquante pour cent (50 %) ou plus par rapport aux caractéristiques techniques d'origine, Apple pourra (a) réparer le défaut sans frais, en utilisant des pièces neuves ou réusinées dont l'efficacité et la fiabilité sont équivalentes, ou (b) échanger le matériel couvert contre un produit de remplacement neuf ou remis à neuf dont l'efficacité et la fiabilité sont équivalentes. Tous les produits de remplacement fournis en vertu de ce plan offriront au minimum une fonctionnalité équivalente par rapport à celle du produit d'origine. Si Apple échange le matériel couvert, le produit d'origine devient la propriété d'Apple et le produit de remplacement devient votre propriété; ce dernier sera couvert pour la durée restante du plan.

3.2 Dommages accidentels causés par la manipulation

Si vous soumettez une réclamation valide au cours de la durée du plan visant à aviser Apple que l'appareil couvert a cessé de fonctionner correctement en raison de dommages accidentels causés par la manipulation, Apple pourra, moyennant les frais de service ci-dessous, (i) réparer l'appareil en utilisant des pièces neuves ou des pièces remises à neuf dont l'efficacité et la fiabilité sont équivalentes, ou (ii) échanger l'appareil couvert contre un produit de remplacement neuf ou remis à neuf dont l'efficacité et la fiabilité sont équivalentes (chacun, individuellement connu sous le nom de « réparation »). La couverture pour dommages accidentels causé par la manipulation sera résiliée et toutes les obligations d'Apple en vertu du présent paragraphe 3.2 seront réputées avoir été remplies dans leur intégralité avant la fin de la durée du plan aussitôt qu'Apple aura effectué deux (2) réparations à la suite de réclamations pour dommages accidentels causés par la manipulation. La couverture pour dommages accidentels causés par la manipulation ne s'applique qu'aux défaillances opérationnelles ou mécaniques causées par un accident lors de la manipulation en raison d'un événement externe inattendu et involontaire (p. ex.: chute ou contact avec un liquide) pendant votre usage quotidien normal de l'appareil conformément à ce qui est prévu pour ce type d'appareil couvert. La couverture pour dommages accidentels causés par la manipulation ne prévoit aucune protection contre (a) l'usure normale, le vol, la perte ou toute manipulation ou utilisation téméraire ou abusive de l'appareil couvert, ou volontairement ou intentionnellement, (b) toute autre action ou conséquence qui n'est pas couverte par le plan, conformément à la description du paragraphe 4.2 ci-dessous, ou (c) les

dommages à l'appareil couvert découlant d'une ou plusieurs des conditions décrites au paragraphe 3.2(a) ou (b). Apple peut exiger une explication relative à l'endroit et au moment de l'accident, y compris une description détaillée de l'évènement. Apple rejettera votre réclamation si vous omettez de payer les frais de service ou si vous ne transmettez pas les renseignements demandés au sujet de l'accident.

- Sous le plan AppleCare+ pour iPhone, vous devez payer des frais de service de 79,00 USD, taxes applicables en sus, pour chaque réclamation pour dommages accidentels causés par la manipulation.

- Sous le plan AppleCare+ pour iPad, vous devez payer des frais de service de 49,00 USD, taxes applicables en sus, pour chaque réclamation pour dommages accidentels causés par la manipulation.

- Sous le plan AppleCare+ pour iPod, vous devez payer des frais de service de 29,00 USD, taxes applicables en sus, pour chaque réclamation pour dommages accidentels causés par la manipulation.

3.3 Assistance technique

Pendant la durée du plan, Apple vous fournira un accès à des ressources d'assistance technique par téléphone et en ligne. Le service d'assistance gratuit prend fin quatre-vingt-dix (90) jours à compter de la date d'achat initiale du matériel couvert.

L'assistance technique peut vous aider avec l'installation, le lancement, la configuration, le dépannage et la récupération (à l'exception des données), notamment relativement au stockage, à la récupération et à la gestion des fichiers; avec l'interprétation des messages d'erreur du système; et à déterminer lorsqu'une réparation matérielle est nécessaire ou si la couverture pour dommages accidentels causés par la manipulation s'applique. Apple offrira un soutien pour la version alors actuelle du logiciel pris en charge et pour la version antérieure. Aux fins du présent paragraphe, le terme « version majeure » désigne une version importante du logiciel diffusée commercialement par Apple sous un numéro de version de format « 1,0 » ou « 2,0 » et qui ne constitue pas une version bêta.

3.4 Portée de l'assistance technique

En vertu du plan, Apple offrira un service d'assistance technique qui s'applique :

(i) au matériel couvert;

(ii) au système d'exploitation et aux applications préinstallées sur le matériel couvert (les « logiciels pour les utilisateurs »);

(iii) aux applications de marque Apple conçues pour fonctionner avec le matériel couvert, y compris, sans s'y limiter, Keynote, Pages, Numbers, iPhoto, iMovie et GarageBand (aussi désignés sous le nom de « logiciels pour les utilisateurs »); et

(iv) aux problèmes de connectivité entre le matériel couvert et tout ordinateur compatible. Un « ordinateur compatible » désigne un ordinateur qui satisfait aux exigences techniques de connectivité du matériel couvert et qui fonctionne sous un système d'exploitation compatible avec le matériel couvert.

## 4. Ce qui n'est pas couvert.

4.1 Territoire de l'entretien matériel et de la couverture pour dommages accidentels causés par la manipulation.

En vertu des plans AppleCare+ pour iPhone et AppleCare+ pour iPad, Apple peut limiter l'entretien matériel et la couverture pour dommages accidentels causés par la manipulation au pays où l'appareil couvert a été acheté à l'origine.

4.2 Couverture matérielle et couverture pour dommages accidentels causés par la manipulation.

(i) Le plan ne couvre pas l'installation, le retrait ou la mise au rebut du matériel couvert ni le prêt de matériel pendant que le matériel couvert est en réparation.

(ii) Le plan ne s'applique pas aux dommages causés par (a) un produit autre que le matériel couvert, (b) l'utilisation abusive ou inadéquate, les incendies, les séismes ou les autres causes externes à l'exception de celles décrites au paragraphe 3.2 ci-dessus, (c) l'utilisation du matériel couvert de manière non conforme aux utilisations autorisées ou prévues par le fabricant ni (d) l'intervention d'une personne qui n'est pas

un représentant d'Apple ou un Fournisseur de service agréé Apple (un « FSAA »).

(iii) Le plan ne s'applique pas aux produits dont le numéro de série a été modifié, abîmé ou retiré ni aux produits dont les fonctionnalités ou les capacités ont été modifiées sans l'autorisation écrite du fabricant.

(iv) Le plan ne couvre pas le matériel couvert en cas de perte ou de vol. Le plan ne s'applique qu'au matériel couvert intact retourné à Apple.

(v) Le plan ne couvre pas les dommages esthétiques au matériel couvert, y compris, sans s'y limiter, les rayures et les entailles qui ne limitent pas autrement la fonctionnalité du matériel couvert.

(vi) Le plan ne couvre pas l'entretien préventif du matériel couvert.

(vii) Le plan ne couvre pas les défauts découlant de l'usure normale du produit ou autrement causés par son vieillissement normal.

(viii) Le plan ne couvre pas les conditions préexistantes du matériel couvert si le plan est acheté après l'achat du matériel couvert.

*Important :* N'ouvrez pas le matériel couvert; les dommages causés à la suite de l'ouverture du matériel ne sont pas couverts par ce plan.

Seuls Apple ou un FSAA sont autorisés à effectuer les services de réparation du matériel couvert.

### 4.3   Assistance technique.

(i) Le plan n'offre pas d'assistance technique pour l'utilisation du système d'exploitation ou des logiciels pour les utilisateurs comme applications de serveur.

(ii) Le plan n'offre pas d'assistance technique pour les problèmes qui peuvent être résolus par la mise à niveau du logiciel vers la version la plus récente.

(iii) Le plan n'offre pas d'assistance technique pour les produits de tiers ni les effets ou interactions de ceux-ci avec le matériel couvert, le système d'exploitation ou les logiciels pour les utilisateurs.

(iv) Le plan n'offre pas d'assistance technique pour l'utilisation d'un ordinateur ou d'un système d'exploitation qui n'est pas en lien avec les logiciels pour les utilisateurs ou des problèmes de connectivité avec le matériel couvert.

(v) Le plan n'offre pas d'assistance technique pour les logiciels Apple autres que le système d'exploitation ou les logiciels pour les utilisateurs, conformément à la couverture du présent plan.

(vi) Le plan n'offre pas d'assistance technique pour les systèmes d'exploitation ou les logiciels de marque Apple désignés comme des versions « bêta » ou des « aperçus » ni les logiciels désignés de manière semblable.

(vii) Le plan n'offre pas d'assistance technique pour les dommages ou la perte de logiciels ou de données stockées ou enregistrés sur le matériel couvert. La récupération et la réinstallation des programmes et des données d'utilisateur ne sont pas couvertes en vertu du présent plan.

### 5.   Se prévaloir du service et de l'assistance

Vous pouvez bénéficier de services de réparations matérielles, y compris les réparations en vertu de la couverture pour dommages accidentels causés par la manipulation, et d'une assistance technique. Pour obtenir ces services ou de l'assistance, accédez au site Web d'Apple (www.apple.com/support/country) ou composez le numéro indiqué ci-dessous. Vous devrez communiquer votre numéro de contrat de plan ou le numéro de série du matériel couvert au représentant de l'assistance technique d'Apple lors de votre appel pour recevoir l'assistance nécessaire. Assurez-vous de conserver le document de confirmation du plan et le reçu de vente original de votre matériel couvert et de votre plan, car vous pourriez en avoir besoin pour répondre aux questions relatives à l'admissibilité à la couverture de votre matériel couvert.

## 6. Options de service.

6.1 Apple propose les options suivantes pour ses services de réparations matérielles :

(i) Service de réparation en magasin. Le service de réparation en magasin est offert pour la plupart des produits couverts. Vous pouvez apporter votre produit dans un Apple Store ou chez un FSAA offrant un service de réparation en magasin. Les services visant le matériel couvert seront effectués sur place ou dans un Centre de réparation Apple (un « CRA »). Vous devez récupérer rapidement votre matériel couvert après avoir été avisé que les services ont été effectués.

(ii) Service de réparation par la poste. Le service de réparation par la poste est offert pour la plupart des produits couverts. Si Apple détermine que votre matériel couvert est admissible au service de réparation par la poste, Apple vous fera parvenir des bordereaux d'expédition prépayés, ainsi que le nécessaire d'emballage s'il y a lieu, afin que vous puissiez expédier votre matériel couvert au CRA conformément aux directives d'Apple. Une fois les services effectués, le CRA vous retournera le matériel couvert. Apple paiera les frais d'expédition à partir de votre emplacement et au retour à condition que ses directives soient respectées.

(iii) Remplacement express ou réparation effectuée par le client à l'aide de pièces faciles à installer (DIY). Le remplacement

express est offert pour certains produits couverts. Le service de réparation par le client à l'aide de pièces faciles à installer est offert pour de nombreuses pièces du matériel couvert ou de ses accessoires et il vous permet de réparer vous-même votre matériel couvert. Si le remplacement express ou la réparation par le client est possible en fonction des circonstances, le processus suivant s'applique.

(a) Réparation exigeant le retour du matériel couvert défectueux ou de la pièce remplacée à Apple. Apple peut demander une autorisation de carte de crédit à titre de garantie au montant du prix de détail du matériel couvert de remplacement ou de la pièce auquel s'ajoutent les frais d'expédition applicables. Si vous n'êtes pas en mesure de fournir ladite autorisation, il se peut que vous ne puissiez pas effectuer la réparation vous-même, en quel cas Apple vous offrira d'autres solutions de réparation. Apple vous fera parvenir un produit ou des pièces de remplacement accompagnés des instructions pour leur installation, selon le cas, ainsi que le nécessaire pour retourner le matériel couvert défectueux ou les pièces remplacées. Si les directives d'Apple sont respectées, Apple annulera l'autorisation de carte de crédit et aucun montant ne vous sera facturé pour le matériel couvert ou la pièce de remplacement et les

frais d'expédition vers votre emplacement et à partir de ce dernier. Si vous ne retournez pas le matériel couvert défectueux ou la pièce remplacée conformément aux directives ou si vous retournez une pièce ou un produit qui n'est pas couvert par ce service, Apple fera porter le montant autorisé sur votre carte de crédit.

(b) Service n'exigeant pas le retour de la pièce ou du produit remplacé à Apple. Apple vous fera parvenir sans frais un produit ou une pièce de remplacement ainsi que des instructions pour son installation, selon le cas, de même que les directives de mise au rebut de la pièce ou du produit Apple remplacé.

(c) Apple n'est pas responsable des coûts de main-d'œuvre engagés relativement au remplacement express ou à la réparation par le client. Vous pouvez communiquer avec Apple au numéro indiqué ci-dessous pour obtenir une aide supplémentaire.

6.2 Apple se réserve le droit de modifier la méthode choisie pour vous fournir les services de réparation ou de remplacement, ainsi que les conditions d'admissibilité de votre matériel couvert à une méthode de service particulière. Les services offerts seront toutefois limités aux options offertes dans le pays où les services sont demandés. Les options de service, la disponibilité des pièces et les délais de traitement peuvent varier en fonction des pays.

Si le service n'est pas offert pour le matériel couvert dans un pays autre que celui dans lequel le produit a été acheté, vous risquez de devoir payer les frais d'expédition et de manutention visant à assurer le service dans un pays où celui-ci est offert. Si vous souhaitez vous prévaloir du service dans un pays autre que le pays d'achat, vous devez vous conformer à toutes les lois et à tous les règlements applicables en matière d'importation et d'exportation et vous êtes responsable du paiement de tous les droits de douane, de la TVA et des autres taxes et frais connexes. Apple peut réparer ou remplacer les produits ou les pièces à l'aide de produits ou de pièces comparables qui sont conformes aux normes locales là où les services de réparation ou de remplacement internationaux sont offerts.

7. Vos responsabilités.
En vue de recevoir des services ou de l'assistance en vertu du plan, vous acceptez de respecter chacune des conditions ci-dessous.

(i) Vous fournirez sur demande votre numéro de contrat de plan et une copie de votre preuve d'achat originale du plan.

(ii) Vous fournirez les renseignements nécessaires à propos des symptômes et des causes des problèmes touchant le matériel couvert.

(iii) Vous répondrez aux demandes de renseignements, y compris, sans s'y limiter, le numéro de série du matériel couvert, le modèle, la version du système d'exploitation et du logiciel

installé, les périphériques installés ou connectés sur le matériel couvert, les messages d'erreur affichés, les actions effectuées avant que le matériel couvert ne rencontre le problème et les étapes effectuées pour tenter de résoudre le problème.

(iv) Vous suivrez les directives d'Apple, y compris, sans s'y limiter, éviter d'envoyer des produits Apple et des accessoires qui ne seront pas réparés ou remplacés et emballer le matériel couvert conformément aux instructions d'expédition.

(v) Vous mettrez à jour le logiciel avec la version actuelle publiée avant de faire une demande de service.

(vi) Vous vous assurerez d'effectuer la sauvegarde des logiciels et des données se trouvant sur le matériel couvert, AU COURS DE L'ENTRETIEN MATÉRIEL, APPLE SUPPRIMERA LE CONTENU DU MATÉRIEL COUVERT ET REFORMATERA LE SUPPORT DE DONNÉES. Votre matériel couvert ou un produit de remplacement vous sera retourné par Apple avec les configurations originales, sous réserve des mises à jour applicables. Apple peut, au cours de l'entretien matériel, installer des mises à jour du système d'exploitation destinées à empêcher le matériel couvert de rétablir une version antérieure du système d'exploitation. Les applications de tiers installées sur le matériel couvert peuvent ne pas être compatibles ni fonctionner avec le matériel couvert à la suite de la mise à jour du système d'exploitation. Vous êtes responsable de la

réinstallation de tous vos autres programmes ainsi que de la configuration de toutes vos données et de vos mots de passe.

## 8. Limitation de la responsabilité

DANS LA PLEINE MESURE PERMISE PAR LA LOI APPLICABLE, APPLE ET SES EMPLOYÉS ET MANDATAIRES NE POURRONT EN AUCUNE CIRCONSTANCE ÊTRE TENUS RESPONSABLES ENVERS VOUS OU TOUT PROPRIÉTAIRE SUBSÉQUENT DU MATÉRIEL COUVERT RELATIVEMENT AUX DOMMAGES INDIRECTS,

Y COMPRIS, SANS S'Y LIMITER, LES FRAIS DE RÉCUPÉRATION, DE REPROGRAMMATION OU DE REPRODUCTION DES PROGRAMMES OU DES DONNÉES, LE DÉFAUT D'ASSURER LA CONFIDENTIALITÉ DES DONNÉES ET LA PERTE DE CLIENTS, DE PROFITS, DE RECETTES OU DE REVENUS ANTICIPÉS, DÉCOULANT DES OBLIGATIONS D'APPLE EN VERTU DU PRÉSENT PLAN. DANS LA PLEINE MESURE PERMISE PAR LA LOI APPLICABLE, LA RESPONSABILITÉ D'APPLE ET DE SES EMPLOYÉS ET MANDATAIRES ENVERS VOUS OU TOUT PROPRIÉTAIRE SUBSÉQUENT DU MATÉRIEL COUVERT DÉCOULANT DU PRÉSENT PLAN SE LIMITE AU MONTANT INITIAL PAYÉ POUR LE PLAN. APPLE REJETTE PARTICULIÈREMENT TOUTE GARANTIE SELON LAQUELLE (i) APPLE SERA EN MESURE DE RÉPARER OU DE REMPLACER LE MATÉRIEL COUVERT SANS RISQUE D'ENDOMMAGER OU DE PERDRE LES PROGRAMMES ET LES DONNÉES, (ii) APPLE ASSURERA LA CONFIDENTIALITÉ DES DONNÉES OU (iii) LE FONCTIONNEMENT DU PRODUIT SERA ININTERROMPU OU EXEMPT D'ERREUR.

POUR LES CLIENTS RÉSIDANT SUR UN TERRITOIRE SOUMIS À DES LOIS OU RÉGLEMENTATIONS SUR LA PROTECTION DES CONSOMMATEURS, LES AVANTAGES DU PRÉSENT PLAN S'AJOUTENT À TOUS LES DROITS ET RECOURS DONT VOUS DISPOSEZ EN VERTU DE CES LOIS ET RÉGLEMENTATIONS. DANS LA MESURE OÙ LA RESPONSABILITÉ PEUT ÊTRE LIMITÉE EN VERTU DESDITES LOIS ET RÉGLEMENTATIONS, LA RESPONSABILITÉ D'APPLE SE LIMITE, À SON ENTIÈRE DISCRÉTION, À LA RÉPARATION OU AU REMPLACEMENT DU MATÉRIEL COUVERT OU À LA PRESTATION DU SERVICE. CERTAINS ÉTATS ET CERTAINES PROVINCES NE PERMETTANT PAS L'EXCLUSION OU LA LIMITATION DES DOMMAGES ACCESSOIRES OU INDIRECTS, IL EST POSSIBLE QUE LES PRÉCÉDENTES LIMITATIONS NE S'APPLIQUENT PAS À VOUS.

## 9. Annulation

Vous pouvez annuler le plan à tout moment et pour tout motif. Si vous décidez d'annuler le plan, vous pouvez communiquer avec Apple au numéro de téléphone ci-dessous ou envoyer un avis écrit accompagné de votre numéro de contrat de plan par la poste à AppleCare Administration, P.O. Box 149125, Austin, TX 78714-9125, U.S.A. ou par télécopieur au 916 405-3973. Vous devez inclure une copie de votre preuve d'achat originale du plan avec l'avis. Sauf indication contraire de la loi locale, si vous annulez votre plan dans les trente (30) jours suivant la date d'achat ou la date indiquée sur le reçu du plan, selon la dernière éventualité, vous recevrez un remboursement complet, moins la valeur de tout service fourni dans

le cadre du plan. Si vous annulez le plan plus de trente (30) jours après la date de réception du plan, vous recevrez un remboursement proportionnel au prix d'achat initial. Le remboursement proportionnel est calculé en fonction du pourcentage de la durée restante du plan à compter de sa date d'achat, moins (a) des frais d'annulation de vingt-cinq dollars (25 $) ou de dix pour cent (10 %) du montant proportionnel si ce montant est moins élevé et (b) la valeur de tout service fourni dans le cadre du plan. Sauf indication contraire de la loi locale, Apple peut annuler le plan en cas de fraude ou de fausse déclaration substantielle. Sauf indication contraire de la loi locale, Apple peut également annuler le plan si les pièces pour le matériel couvert ne sont plus disponibles, moyennant un préavis écrit de trente (30) jours. Si Apple annule le plan en raison de l'indisponibilité des pièces, vous recevrez un remboursement proportionnel en fonction de la durée restante du plan.

## 10. Transfert du plan

Sous réserve des restrictions ci-dessous, vous êtes autorisé à effectuer un transfert permanent unique de l'ensemble de vos droits en vertu du présent plan à un tiers, à condition (a) de transférer au tiers la preuve d'achat originale, la confirmation du plan, la documentation imprimée du plan et le présent contrat de service; (b) d'aviser Apple du transfert en envoyant un avis de transfert par la poste à Apple Inc., ATTN: Agreement Administration, MS: 217-AC, 2511 Laguna Blvd, Elk Grove, CA 95758, U.S.A., par télécopieur au 916 405-3655 ou par

courriel au agmts_transfer@apple.com et (c) que le tiers accepte les conditions du présent contrat de service. Lorsque vous avisez Apple du transfert, vous devez fournir le numéro du contrat du plan, le numéro de série du matériel couvert et le nom, l'adresse, le numéro de téléphone et le courriel du nouveau propriétaire.

## 11. Dispositions générales

(i)   Apple peut sous-traiter ou attribuer l'exécution de ses obligations à des tiers, sans toutefois se libérer de ses obligations envers vous.

(ii)  Apple n'est pas responsable des défauts ni des retards d'exécution en vertu du plan en raison d'évènements hors du contrôle raisonnable d'Apple.

(iii) Vous n'êtes pas tenu d'effectuer la maintenance préventive du matériel couvert pour avoir droit aux services en vertu du plan.

(iv)  Le plan n'est offert et n'est valable que dans les cinquante États des États-Unis d'Amérique et le district fédéral de Columbia et dans les provinces et territoires du Canada. Les mineurs ne sont pas autorisés à acheter ce plan. Le plan peut ne pas être offert dans tous les États des États-Unis d'Amérique et dans toutes les provinces et tous les territoires du Canada et il n'est pas offert là où la loi l'interdit.

(v)   Dans le cadre de ses obligations, Apple peut, à son entière discrétion et uniquement aux fins de suivi de la qualité de la

réponse d'Apple, enregistrer les appels entre vous et Apple, en tout ou en partie.

(vi)  Vous reconnaissez que les informations ou les données divulguées à Apple en vertu de ce plan ne sont ni confidentielles ni exclusives. En outre, vous acceptez qu'Apple recueille et traite des données en votre nom dans le cadre des services fournis. Ceci peut comprendre le transfert de vos données à des sociétés affiliées ou à des fournisseurs de services conformément à la Politique de confidentialité d'Apple.

(vii) Apple dispose de mesures de sécurité destinées à protéger vos données contre les accès ou les divulgations non autorisés et contre leur destruction illégale. Vous êtes responsable des directives que vous transmettez à Apple concernant le traitement des données et Apple tentera de se conformer à ces directives dans la mesure raisonnablement nécessaire dans le cadre de l'exécution de ses obligations de service et d'assistance en vertu du plan. Si vous n'êtes pas d'accord avec ce qui précède ou si vous avez des questions au sujet du traitement de vos données, communiquez avec Apple par téléphone au numéro indiqué.

(viii) Apple protégera vos renseignements conformément à la Politique de confidentialité d'Apple disponible au http://www.apple.com/legal/internet-services/privacy. Si vous souhaitez avoir accès aux renseignements à votre sujet en la possession d'Apple ou si vous désirez y apporter des

changements, accédez au www.apple.com/contact/myinfo et mettez vos préférences de contact personnelles à jour ou communiquez avec Apple en vous rendant au www.apple.com/privacy/contact.

(ix) Les conditions du plan, y compris le reçu de vente original du plan et la confirmation du plan, prévaudront sur les conditions contradictoires et additionnelles ou sur les conditions de tout bon de commande ou autre document et elles constituent l'intégralité de l'entente entre vous et Apple relativement au plan.

(x) Apple n'a aucune obligation de renouveler ce plan. Apple peut cependant offrir de renouveler le plan et déterminer le prix et les conditions applicables.

(xi) Ce plan ne prévoit aucun processus informel de règlement des litiges.

(xii) Apple » désigne AppleCare Service Company, Inc., une société enregistrée en Arizona dont le siège social se situe au c/o CT Corporation System, 2394 East Camelback Road, Phoenix, Arizona 85016, effectuant ses activités au Texas sous Apple CSC, Inc., dans le cadre des plans vendus aux Texas sous Apple CSC, Inc., dans à tous les plans vendus aux États-Unis. Les obligations relatives foi du fournisseur, AppleCare Service Company, Inc. « Apple » désigne Apple Canada Inc., dont les bureaux se situent au 7495 Birchmount Road, Markham (Ontario) L3R 5G2, Canada dans le

cadre des plans vendus au Canada. Apple Canada Inc. est l'obligé légal et financier relativement aux plans vendus au Canada.

(xiii) L'administrateur est Apple Inc. (l'« administrateur », licence TDLR 300), une société enregistrée en Californie dont le siège social se situe au 1 Infinite Loop, Cupertino, California 95014. L'administrateur est responsable de la collecte et du transfert à AppleCare Service Company, Inc. du prix d'achat du plan et de l'administration des réclamations en vertu du plan.

(xiv) Sauf là où la loi l'interdit, les lois de l'État de la Californie régissent les plans achetés aux États-Unis. Sauf là où la loi l'interdit, les lois de la province de l'Ontario régissent les plans achetés au Canada. En cas d'incompatibilité entre les présentes conditions et les lois de tout territoire où vous avez acheté ce plan, y compris les lois de l'Arizona, de la Floride, de la Géorgie, du Nevada, de l'Oregon, du Vermont, de Washington, du Wisconsin et du Wyoming, les lois de ce territoire prévalent.

(xv) Les services d'assistance en vertu de ce plan peuvent être offerts uniquement en anglais et en français.

**12. Différences en fonction du pays, de la province ou de l'État**
Une ou plusieurs des dispositions suivantes peuvent s'appliquer au plan. Certaines des dispositions ci-dessous peuvent différer par rapport à une ou plusieurs des dispositions précédentes. Les différences suivantes en fonction du pays, de la province ou de l'État prévalent en cas d'incompatibilité avec les autres dispositions du plan:

## 12.1 Canada

Au Canada, les frais de service pour chaque réclamation pour dommages accidentels causés par la manipulation selon la description du paragraphe 3.2 sont de (i) quarante-neuf dollars canadiens (49 CAD), taxes applicables en sus, pour le plan AppleCare+ pour iPad, et de (ii) soixante-dix neuf dollars canadiens (79 CAD), taxes applicables en sus, pur le plan AppleCare+ pour iPhone, et de (iii) vingt-neuf dollars canadiens (29 CAD), taxes applicables en sus, pour le plan AppleCare+ pour iPod. Les frais d'annulation indiqués au paragraphe 9 sont de vingt-cinq dollars canadiens (25 CAD) ou de dix pour cent (10 %) du montant proportionnel, si ce montant est moins élevé.

**Résidents du Québec**

Les lois de la province de Québec régissent le présent plan et les litiges qui en découlent. L'article « Limitation de la responsabilité » ne s'applique pas aux résidents du Québec.

## 12.2 États-Unis

**Résidents de l'Alabama, de la Californie, d'Hawaï, du Maryland, du Minnesota, du Missouri, du Nouveau-Mexique, du Nevada, de New York, de la Caroline du Sud, du Texas, de Washington et du Wyoming**

Si vous avez acheté le plan dans l'un de ces États, cette disposition s'applique au plan.

Si vous annulez ce plan conformément aux présentes conditions générales et qu'Apple ne vous rembourse pas le prix d'achat à l'intérieur du délai indiqué ci-dessous, Apple vous versera une indemnité mensuelle équivalant à 10 % du montant dû non payé. Pour les résidents de la Californie, de New York, du Missouri et de Washington, Apple vous remboursera dans les 30 jours. Pour les résidents de l'Alabama, d'Hawaï, du Maryland, du Minnesota, du Nevada, de la Caroline du Sud, du Texas et du Wyoming, Apple vous remboursera dans les 45 jours. Pour les résidents du Nouveau-Mexique, Apple vous remboursera dans les 60 jours. Le droit d'annulation et le droit au paiement d'indemnisation décrit ci-dessus ne s'appliquent qu'au propriétaire original du contrat et ces droits ne peuvent être transférés ni cédés. Les obligations du fournisseur en vertu du présent contrat de service s'appuient sur la pleine foi du fournisseur, AppleCare Service Company, Inc.

**Résidents de la Californie**

Si vous avez acheté le plan dans cet État, cette disposition s'applique au plan.

Si vous annulez votre plan dans les trente (30) jours suivant la date indiquée sur le reçu du plan, vous recevrez un remboursement complet, moins la valeur de tout service fourni dans le cadre du plan.

**Résidents du Colorado**

Si vous avez acheté le plan dans cet état, cette disposition s'applique au plan.

Avis : Ce plan est assujetti à la loi sur la protection du consommateur du Colorado (Colorado Consumer Protection Act) ou à la loi sur les pratiques déloyales (Unfair Practices Act), articles 1 et 2 sous le titre 6 des CRS.

**Résidents du Connecticut**

Si vous avez acheté le plan dans cet état, cette disposition s'applique au plan.

Le plan sera automatiquement prolongé au-delà de sa date d'échéance du nombre de jours où le matériel couvert est en possession d'Apple pendant sa réparation. Résolution des litiges : Les litiges peuvent être résolus par arbitrage. Les litiges non résolus et les plaintes peuvent être transmis, accompagnés d'une copie du présent plan, à l'État du Connecticut, Insurance Dept., PO. Box 816, Hartford, CT 06142-0846, U.S.A., Attn: Consumer Affairs.

**Résidents de la Floride**

Si vous avez acheté le Plan dans cet état, cette condition s'applique au Plan.

Les lois de l'État de la Floride régissent le présent plan et les litiges qui en découlent. Le prix du présent plan n'est pas assujetti au contrôle du Florida Office of Insurance Regulation (bureau de la

réglementation des assurances de la Floride.) En cas d'annulation, aucuns frais ne seront exigibles.

**Résidents du Michigan**

Si vous avez acheté le Plan dans cet état, cette condition s'applique au Plan.

Si l'exécution du contrat de service est interrompue en raison d'une grève ou d'un arrêt de travail touchant le lieu d'affaires de l'entreprise, la durée du contrat de service sera prolongée du nombre de jours de la période de grève ou d'arrêt de travail.

**Résidents du Nevada**

Si vous avez acheté le Plan dans cet état, cette condition s'applique au Plan.

Annulations : Aucun plan en vigueur depuis plus de 70 jours ne peut être annulé par le fournisseur avant l'échéance de la durée convenue ou avant un an à compter de la date d'entrée en vigueur du plan, selon la première éventualité, sauf en vertu des motifs suivants :

a.  Défaut de paiement d'une somme due par le titulaire;

b.  Condamnation du titulaire pour un crime entraînant une augmentation des services requis;

c.  Découverte d'une fraude ou d'une fausse déclaration substantielle de la part du titulaire lors de l'obtention du plan ou de la soumission d'une réclamation en vertu du plan;

d. Découverte d'une action ou d'une omission du titulaire ou d'une violation du titulaire des conditions du plan, survenue après la date d'entrée en vigueur du plan et entraînant une augmentation importante des services requis en vertu du plan;

e. Une modification importante de la nature ou de la portée des services requis ou d'une réparation requise, après la date d'entrée en vigueur du plan, entraînant une augmentation importante des services ou de la réparation au-delà de ce qui était prévu au moment de l'émission ou de la vente du plan.

Motifs d'annulation; date de prise d'effet de l'annulation. Aucune annulation d'un contrat de service ne peut prendre effet avant un minimum de 15 jours après l'envoi de l'avis d'annulation au titulaire.

Annulation de contrat; remboursement du prix d'achat; frais d'annulation.

(i) Si Apple annule ce plan, Apple remboursera aux consommateurs du Nevada la portion non acquise du prix d'achat. Apple peut déduire tout solde en souffrance sur votre compte du montant du prix d'achat non acquis lors du calcul du remboursement. Si Apple annule un contrat en vertu du règlement NRS 690C.270, Apple ne peut pas exiger de frais d'annulation.

(ii) Sauf disposition contraire dans le présent article, tout résident du Nevada qui est un acheteur original du

plan et qui soumet à Apple une demande par écrit d'annulation du plan conformément aux conditions des présentes recevra un remboursement équivalant à la portion non acquise du prix d'achat du plan et Apple ne déduira pas de ce montant la valeur des services fournis.

(iii) Si vous demandez l'annulation de ce plan après les trente (30) premiers jours de la durée du plan, Apple peut exiger les frais d'annulation indiqués dans le plan, sans toutefois déduire la valeur des services fournis.

(iv) Lors du calcul par Apple du montant du remboursement en vertu du sous-alinéa (ii), Apple peut déduire de la portion non acquise du prix d'achat (a) le solde en souffrance sur le compte et (b) les frais d'annulation exigibles en vertu du plan. Pour les résidents du Nevada, ce plan s'appuie sur la pleine foi d'AppleCare Service Company, Inc.

L'approbation préalable des services ou des biens couverts en vertu de ce plan n'est pas nécessaire. Les taxes ne sont pas applicables dans l'État du Nevada aux frais de service pour les réclamations pour dommages accidentels causés par la manipulation.

**Résidents du New Hampshire**

Si vous avez acheté le Plan dans cet État, cette condition s'applique au Plan.

Si vous êtes insatisfait à l'égard du présent contrat, vous pouvez communiquer avec le bureau d'assurance du New Hampshire par courrier régulier à State of New Hampshire Insurance Department, 21 South Fruit Street, Suite 14, Concord NH 03301, U.S.A. ou avec son service à la clientèle par téléphone au 800 852-3416.

**Résidents du Nouveau-Mexique**

Si vous avez acheté le Plan dans cet État, cette condition s'applique au Plan.

Annulations : Aucun plan en vigueur depuis plus de 70 jours ne peut être annulé par le fournisseur avant l'échéance de la durée convenue ou avant un an à compter de la date d'entrée en vigueur du plan, selon la première éventualité, sauf en vertu des motifs suivants :

a.  Défaut de paiement d'une somme due par le titulaire;

b.  Condamnation du titulaire pour un crime entraînant une augmentation des services requis;

c.  Découverte d'une fraude ou d'une fausse déclaration substantielle de la part du titulaire lors de l'obtention du plan ou de la soumission d'une réclamation en vertu du plan;

d.  Découverte d'une action ou d'une omission du titulaire ou d'une violation du titulaire des conditions du plan, survenue après la date d'entrée en vigueur du plan et entraînant une

augmentation importante des services requis en vertu du plan; ou

e.  Une modification importante de la nature ou de la portée des services requis ou d'une réparation requise, après la date d'entrée en vigueur du plan, entraînant une augmentation importante des services ou de la réparation au-delà de ce qui était prévu au moment de l'émission ou de la vente du plan.

**Résidents de la Caroline du Nord**

Si vous avez acheté le Plan dans cet État, cette condition s'applique au Plan.

L'achat de ce plan n'est pas nécessaire pour l'achat du matériel couvert ou l'obtention d'un prêt pour son achat. Apple Inc. n'annulera pas le présent plan SAUF en cas de défaut de paiement du prix d'achat du plan.

**Résidents de l'Ohio**

Si vous avez acheté le Plan dans cet État, cette condition s'applique au Plan.

Bien que le présent contrat de service ne constitue pas une police d'assurance, les obligations relatives aux réclamations découlant des présentes pour les plans vendus en Ohio sont couvertes par Illinois National Insurance Co, située au 180 Maiden Lane 25th Floor, New York, NY 10038, U.S.A. (téléphone : 1 800 250-3899). Veuillez fournir votre numéro de téléphone et votre numéro de dossier, le cas échéant, avec

toutes vos correspondances. Vous êtes autorisé à déposer une réclamation directement auprès de la société d'assurance si Apple ne répond toujours pas à une réclamation soixante (60) jours après la réception de celle-ci par Apple.

**Résidents de l'Oregon**
Si vous avez acheté le Plan dans cet État, cette condition s'applique au Plan.
Si vous êtes insatisfait à l'égard du présent contrat, vous pouvez communiquer avec le bureau des services aux consommateurs et aux entreprises de l'Oregon par courrier régulier à Department of Consumer and Business Services, Oregon Insurance Division, 350 Winter Street NE, Salem, OR 97301, U.S.A. ou avec son représentant aux consommateurs par téléphone au 888 877-4894.

**Résidents de la Caroline du Sud**
Si vous avez acheté le Plan dans cet État, cette condition s'applique au Plan.
Vous pouvez adresser vos plaintes non résolues ou vos questions relatives à la réglementation du plan par courrier à South Carolina Department of Insurance, P.O. Box 100105, Columbia, South Carolina 29202-3105, U.S.A. ou par téléphone au 1 800 768-3467.

**Résidents du Tennessee**
Si vous avez acheté le Plan dans cet État, cette condition s'applique au Plan.

La durée du plan sera prolongée du nombre de jours pendant lesquels vous êtes privé de l'utilisation du produit en raison de sa réparation, auxquels s'ajoutent deux (2) jours ouvrables.

**Résidents du Texas**
Si vous avez acheté le Plan dans cet État, cette condition s'applique au Plan.
Le fournisseur peut annuler ce plan sans préavis en cas de défaut de paiement, de fausse déclaration ou de violation substantielle d'une obligation par le titulaire concernant le matériel couvert ou son utilisation. Vous pouvez adresser vos plaintes non résolues ou vos questions relatives à la réglementation du contrat par courrier à TX Dept. of Licensing and Regulation, P.O. Box 12157, Austin, TX 78711, U.S.A.
L'Administrateur du Texas est Apple Inc., licence TDLR #300.

**Résidents du Wisconsin**
Si vous avez acheté le Plan dans cet État, cette condition s'applique au Plan.
LA PRÉSENTE GARANTIE EST ASSUJETTIE À LA RÉGLEMENTATION LIMITÉE DU BUREAU DU COMMISSAIRE À L'ASSURANCE.
Si vous annulez votre plan dans les trente (30) jours suivant l'achat du plan ou la réception des présentes conditions générales (si vous les recevez après la date d'achat), selon la dernière éventualité, vous recevrez un remboursement complet. Si vous annulez votre plan plus de trente (30) jours

suivant la réception du plan, vous recevrez un remboursement proportionnel qui s'appuie sur le pourcentage de la durée restante du plan, moins des frais d'annulation de vingt-cinq dollars (25 USD) ou de dix pour cent (10 %) du montant proportionnel si ce montant est moins élevé. Aucun montant ne sera déduit du remboursement pour les services reçus. Apple n'annulera pas le présent plan SAUF en cas de défaut de paiement du prix d'achat du plan. Si Apple annule le plan, vous recevrez un remboursement proportionnel en fonction de la durée restante du plan.

**Résidents du Wyoming.**

Si vous avez acheté le Plan dans cet État, cette condition s'applique au Plan.

Si Apple annule ce plan, Apple vous enverra un avis d'annulation par courrier à votre dernière adresse connue inscrite dans les dossiers d'Apple. Apple enverra cet avis écrit au plus tard dix (10) jours avant la date de prise d'effet de l'annulation. Cet avis écrit vous indiquera la date de prise d'effet de l'annulation et les raisons de celle-ci. Apple n'est pas tenue de fournir un avis d'annulation en cas de défaut de paiement du plan, de fausse déclaration substantielle de votre part auprès d'Apple ou de violation importante d'une de vos obligations en vertu du plan ou concernant le matériel couvert ou son utilisation.

---

Les litiges découlant du plan peuvent être résolus conformément à la loi sur l'arbitrage du Wyoming.

## Numéros de téléphone

**États-Unis**
800 APL-CARE (800-275-2273)
7 h à 22 h 15, heure normale du Centre*
Sept jours sur sept

**Canada**
800-263-3394
8 h à 20 h 15, heure normale du Centre*
Sept jours sur sept

* Les numéros de téléphone et les horaires d'ouverture peuvent varier et sont susceptibles d'être modifiés. Vous trouverez les plus récentes coordonnées locales et internationales au www.apple.com/contact/phone_contacts.html. Les numéros sans frais ne sont pas offerts dans tous les pays.