# Exhibit D



**Apple Store, First Colony Mall**
16535 Southwest Freeway, Suite 8
Sugarland, TX 77479
firstcolonymall@apple.com
281.269.3410

www.apple.com/retail/firstcolonymall

---

October 24, 2012 02:58 PM

Repair ID:                R76975649
VICKY MALDONADO
vickyandabraham@msn.com

---

| | |
|---|---|
| **IPAD,WIFI 4G,64GB,3RD GEN,WHITE**<br>Part Number: 661-6431<br>No Returns<br>APPLECARE SUPPORT www.apple.com/support/ | $ 0.00 |
| **AC+ FOR IPAD**<br>Part Number: S4740LL/A<br>Return Date: Nov. 23, 2012<br>No Open Box Returns Accepted<br>For Support, Visit: www.apple.com/support/ | $ 99.00 |
| **NEW IPAD DISC OOW REPAIR W/AC+ RETAIL**<br>Part Number: S4750Z/A<br>No Returns | $ 249.00 |

---

| | |
|---|---|
| Sub-Total | $ 348.00 |
| Tax@8.25% | $ 28.71 |
| **Total** | **$ 376.71** |
| Amount Paid Via Master Card (A) | $ 376.71 |
| 01590P | |

---

*R 2 0 5 2 0 1 8 1 0 4*

---

http://www.apple.com/legal/sales_policies/retail.html
Tell us about your experience at the Apple Store.
Visit www.apple.com/feedback/retail.html