# Exhibit E



**Apple Store, First Colony Mall**
16535 Southwest Freeway, Suite 8
Sugarland, TX 77479
firstcolonymall@apple.com
281.269.3410

www.apple.com/retail/firstcolonymall

September 09, 2013 04:16 PM

VICKY MALDONADO
vickyandabraham@msn.com

| | |
|---|---:|
| **iPad Wi-Fi Cellular 64GB White**<br>Part Number: MD521LL/A<br>Serial Number: DMPKN0FZF18G<br>ICCID Number: 89014104254962693704<br>IMEI Number: 013367009297258<br>Return Date: Sep. 23, 2013<br>For Support, Visit: www.apple.com/support | $ 829.00 |

AT&T Account Information
No Wireless Service Activation during iPad Sale

| | |
|---|---:|
| **APPLECARE+ FOR IPAD**<br>Part Number: S4736LL/A<br>Agreement Number: 970205013001532<br>Plan End Date: Sep. 09, 2015<br>Sales Associate ID : 2022639766<br>Serial Number: DMPKN0FZF18G | $ 99.00 |

This plan is registered automatically.
Verify your coverage at
apple.com/support/applecare/ww/

Terms & Conditions:
apple.com/legal/applecareplus/terms/ipad
For Support, Visit:
www.apple.com/support

Use of iPad constitutes acceptance of the iPad terms and conditions and other third party terms and conditions found in the iPad box, or at http://www.apple.com/legal/sla/ This iPad model is configured to work only with the wireless services of AT&T Wireless

The sales tax for iPad varies by state and may be based on the unbundled purchase price rather than the actual purchase price.

If you are not fully satisfied with your iPad purchase, you can return your undamaged iPad within 14 days of purchase for a full refund with no restocking fee.

If you disagree with these terms and conditions you can return the iPad in accordance with the Apple Store's return policy http://www.apple.com/legal/sales_policies/retail.htm

For information on Apple's privacy policy see www.apple.com/privacy

| | |
|---:|---:|
| Sub-Total | $ 928.00 |
| Tax@8.25% | $ 76.56 |
| Total | $ 1,004.56 |
| Amount Paid Via Master Card (A) | $ 1,004.56 |
| xxxxxxxxxxxx7186 | |
| 06268P | |