# Exhibit F



Renee Kennedy <apple.reneekennedy@gmail.com>

## Fwd: Your Apple Store Work Authorization & Service Confirmation

vicky MALDONADO <vickyandabraham@msn.com>  
To: "apple.reneekennedy@gmail.com" <apple.reneekennedy@gmail.com>

Thu, Aug 27, 2015 at 10:52 AM

Sent from my iPhone

Begin forwarded message:

> **From:** Apple Store First Colony <donotreply@apple.com>  
> **Date:** May 22, 2015 at 2:19:29 PM CDT  
> **To:** vickyandabraham@msn.com  
> **Subject: Your Apple Store Work Authorization & Service Confirmation**  
> **Reply-To:** donotreply@apple.com

Thank you for visiting the Apple Store. Below is a copy of your service record.

22-May-15

Apple Store First Colony  
281-269-3410

## Genius Bar Work Authorization & Service Confirmation

### *R156075090*
Repair No: R156075090

**Customer Information**

vicky maldonado

houston TX 77099-3008 USA

**Product Information**

Warranty Status: Repeat Repair(WR)  
Model: IPAD (4TH GEN) WI-FI + CELLULAR  
Date of Purchase: 08-Sep-13  
IMEI:  
Serial No: F6QPH026F18G

**Problem Description/Diagnosis**

Issue: Customers device consistently restarts to the apple logo  
Steps to Reproduce: Observed issue at the bar. The device is having hundreds of panics per day  
Cosmetic Condition: Like new

Proposed Resolution: Replace under warranty

Employee 841416544

**Repair Estimate**

| Item Number | Description | Price | Amount Due | Customer KBB |
|---|---|---|---|---|
| 661-6981 | iPad (4th gen) Wi-Fi + Cellular, 64GB, White | $ 0.00 | $ 0.00 | |
| S4770Z/A | IPAD/IPAD AIR FLAT RATE RETAIL | $ 299.00 | $ 0.00 | |
| | Total (Tax not included) | $ 299.00 | $ 0.00 | |

**Work Authorization.** I agree that the Repair Terms and Conditions on the reverse side of this page will apply to the service of the Product identified above; Apple is not responsible for any loss, corruption, or breach of the data on my product during service; as loss of data may occur as a result of the service, it is my responsibility to make a backup copy of my data before bringing my product to Apple for service; goods presented for repair may be replaced by refurbished goods of the same type rather than being repaired. Refurbished parts may be used to repair the goods.

**Parts and Service**

| Item Number | Description | Price | Amount Due | Customer KBB |
|---|---|---|---|---|
| | Same as described above | | | |
| | Total (Tax not included) | $ 299.00 | $ 0.00 | |

Thank you for choosing AppleCare for the repair of your Apple Product. To ensure the highest level of quality and reliability, all work is performed by AppleCare certified technicians using genuine Apple parts. Additionally, all repairs are backed by Apple's 90-day service limited warranty, or the original one-year limited warranty, whichever is longer. Note: The items identified above have been exchanged by Apple for new or refurbished parts or products. Any applicable cost is indicated adjacent to the part(s) or product description. Service parts are subject to tax.

If you need any future technical or administrative assistance, please contact AppleCare Support by calling 800-APL-CARE (800-275-2273). Also, answers to many questions regarding the operation of your Apple Product can be found at: http://www.apple.com/support

Repair Terms and Conditions can be found at
http://www.apple.com/legal/terms/repair/instantexchange.html