Exhibit G

**Subject:**  Your Apple Store Work Authorization & Service Confirmation

**From:**  Apple Store Baybrook (donotreply@apple.com)

**To:**  mcrightjoanne@yahoo.com;

**Date:**  Wednesday, September 18, 2013 4:28 PM

Thank you for visiting the Apple Store. Below is a copy of your service record.

18-Sep-13

Apple Store Baybrook
(281) 204.0500

# Genius Bar Work Authorization & Service Confirmation

Repair No: R103080572

### Customer Information

Joanne McRight
USA

### Product Information

Warranty Status: In Warranty(LP)
Model: IPHONE 5
Date of Purchase: 04-Dec-12
Serial No: DQGKN0LNFH1C

### Problem Description/Diagnosis

Issue: Display is shattered, display is also partly separating from the enclosure
Steps to Reproduce: Inspected, verified
Proposed Resolution: Replace thru apple care plus
Cosmetic Condition: Poor, Display is shattered, display is also partly separating from the enclosure

Employee 1449651327

### Repair Estimate

| Item Number | Description | Price | Amount Due |
|---|---|---|---|
| | iPhone 5, GSM, 16GB, White | | |
| 661-6847 | Replacement Serial Id: F18L89K0FH1C, IMEI: 013439007805646 | $ 0.00 | $ 0.00 |
| S4580Z/A | APPLECARE+ SERVICE FEE - RETAIL | $ 49.00 | $ 49.00 |
| S4897Z/A | IPHONE 5 FLAT RATE REPAIR RETAIL-INT | $ 269.00 | $ 0.00 |
| | **Total (Tax not included)** | **$ 318.00** | **$ 49.00** |

**Work Authorization.** I agree that the Repair Terms and Conditions on the reverse side of this page will apply to the service of the Product identified above; Apple is not responsible for any loss, corruption, or breach of the data on my product during service; as loss of data may occur as a result of the service, it is my responsibility to

make a backup copy of my data before bringing my product to Apple for service; goods presented for repair may be replaced by refurbished goods of the same type rather than being repaired. Refurbished parts may be used to repair the goods.

**Parts and Service**

| Item Number | Description | | Price | Amount Due |
|---|---|---|---|---|
| | Same as described above | | | |
| | | Total (Tax not included) | $ 318.00 | $ 49.00 |

Thank you for choosing AppleCare for the repair of your Apple Product. To ensure the highest level of quality and reliability, all work is performed by AppleCare certified technicians using genuine Apple parts. Additionally, all repairs are backed by Apple's 90-day service limited warranty, or the original one-year limited warranty, whichever is longer. Note: The items identified above have been exchanged by Apple for new or refurbished parts or products. Any applicable cost is indicated adjacent to the part(s) or product description. Service parts are subject to tax.

If you need any future technical or administrative assistance, please contact AppleCare Support by calling 800-APL-CARE (800-275-2273). Also, answers to many questions regarding the operation of your Apple Product can be found at: http://www.apple.com/support

Repair Terms and Conditions can be found at http://www.apple.com/legal/terms/repair/instantexchange.html.