UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO and JOANNE MCRIGHT, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC, INC.,<br><br>Defendants. | No. 3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc. et al.*<br>Case No. 3:14-cv-01619-WHO<br><br>**ORDER GRANTING JOINT STIPULATION FOR ORDER CONTINUING DEADLINE FOR RESPONSE TO MOTION TO DISMISS AND SETTING DEADLINE TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADING** |

010637-11 902630 V1

1  The Court has received and reviewed the stipulation between plaintiffs Vicky Maldonado
2  and Joanne McRight ("Plaintiffs") and defendants Apple Inc., Applecare Service Company, Inc.,
3  and Apple CSC, Inc. ("Defendants") (collectively, the "Parties") for an order continuing Plaintiffs'
4  deadline to respond to Defendants' Motion to Dismiss and setting deadlines for Plaintiffs to file an
5  amended complaint and Defendants to file a responsive pleading.
6  Based on the Parties' Stipulation and good cause appearing, it is hereby ordered that:
7  1. The deadline for Plaintiffs to file a response to the Motion to Dismiss is continued;
8  2. Plaintiffs shall file an amended complaint on or before October 13, 2016; and
9  3. Defendants shall have until November 14, 2016 to file an answer or response to the
10  amended complaint.

Dated: September 26, 2016

_____
The Honorable William H. Orrick
United States District Judge

010637-11 902630 V1