PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
ASHLEY NAKAMURA (SBN 284858)
ANakamura@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (SBN 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
APPLE INC., APPLECARE SERVICE
COMPANY, INC., and APPLE CSC INC.

SHANA E. SCARLETT (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com

STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

[Additional Counsel on Signature Page]

Attorneys for Plaintiffs VICKY
MALDONADO and JOANNE MCRIGHT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JOANNE MCRIGHT, individually and On Behalf Of Themselves And All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC.,<br><br>Defendants. | Case No.   3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc. et al.*<br>Case No. 3:14-cv-01619-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**[N.D. CAL. L.R. 6.2]**<br><br>Current Date: October 19, 2016<br>Current Time: 2:00 p.m.<br><br>Proposed Date: December 14, 2016<br>Proposed Time: 2:00 p.m.<br><br>Judge: William H. Orrick<br>Courtroom: 2, 17th Floor |

1  Pursuant to Civil Local Rule 6.2, Plaintiffs Vicky Maldonado and JoAnne McRight and
2  Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc., by and through their
3  undersigned counsel, stipulate as follows:

4  WHEREAS, a Case Management Conference in the above-captioned action is scheduled
5  for October 19, 2016, at 2:00 p.m.;

6  WHEREAS, the parties have stipulated and the Court has ordered the following regarding
7  the parties' upcoming deadlines: (i) the deadline for Plaintiffs to file a response to Defendants'
8  motion to dismiss is continued; (ii) Plaintiffs shall file an amended complaint on or before
9  October 13, 2016; and (iii) Defendants shall have until November 14, 2016 to file an answer or
10 response to the amended complaint [ECF No. 32];

11 WHEREAS, the parties have met and conferred and agreed, in the interest of efficiency, to
12 coordinate the CMC with filing of Defendants' responsive pleading and, if Defendants file a
13 motion to dismiss Plaintiffs' amended complaint, with the hearing on the motion to dismiss;

14 WHEREAS, the continuance of the CMC will not alter the date of any event or deadline
15 already fixed by the Court;

16 WHEREAS, the CMC date has been previously modified once by the Court, which
17 continued the CMC from October 18, 2019 at 2:00 p.m. to October 19, 2016, at 2:00 p.m. [ECF
18 No. 31];

19 WHEREAS, the parties propose the Court continue the CMC to December 14, 2016, at
20 2:00 p.m., (which is the same date the Court has currently scheduled a motion hearing in the
21 related case *English v. Apple Inc. et al.*, Case No. 3:14-cv-01619-WHO), or any later date
22 convenient to the Court;

23 WHEREAS, the parties do not make this request for delay or any other improper purpose;
24 THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's
25 approval, that:

26 (1) The Case Management Conference currently scheduled for October 19, 2016, at 2:00
27 p.m., shall be continued to December 14, 2016 at 2:00 p.m., or any later date convenient for the
28 Court;

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
CASE NO. 3:16-cv-04067-WHO
sf-3698572

1

1      (2) The parties shall file a Joint Case Management Statement seven days before the
2  continued Case Management Conference.

3

4  DATED: September 29, 2016            HAGENS BERMAN SOBOL SHAPIRO LLP

5      By  */s/* Shana E. Scarlett
    Shana E. Scarlett (SBN 217895)
6      715 Hearst Avenue, Suite 202
    Berkeley, CA  94710
7      Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
    Email: shanas@hbsslaw.com
8

9      Steve W. Berman (*Pro Hac Vice*)
    HAGENS BERMAN SOBOL SHAPIRO LLP
10      1918 Eighth Avenue, Suite 3300
    Seattle, WA 98101
11      Telephone: (206) 623-7292
    Facsimile: (206) 623-0594
12      Email: steve@hbsslaw.com

13      Renee Fagan Kennedy (*Pro Hac Vice*)
    1620 S. Friendswood Dr., Ste. Apple
14      Friendswood, TX  77546
    Telephone: (832) 428-1552
15      Email: reneekennedy.esq@att.net

16      ***Attorneys for Plaintiffs Vicky Maldonado and Joanne McRight***

17

18  DATED: September 29, 2016            MORRISON & FOERSTER LLP

19      By  */s/* Purvi G. Patel
    Purvi G. Patel (SBN 270702)
20      MORRISON & FOERSTER LLP
    707 Wilshire Boulevard
21      Los Angeles, CA  90017-3543
    Telephone: (213) 892-5200
22      Facsimile: (213) 892-5454
    Email: PPatel@mofo.com
23

24      ***Attorneys for Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc.***
25

26

27

28

1

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Date: September 30, 2016

4  _____
   Hon. William H. Orrick
5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE CMC
CASE NO. 3:16-cv-04067-WHO
sf-3698572

3