PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
MARGARET E. MAYO (SBN 259685)
MMayo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (SBN 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
APPLE INC., APPLECARE SERVICE
COMPANY, INC., and APPLE CSC INC.

SHANA E. SCARLETT (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com

STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

[Additional Counsel on Next Page]

Attorneys for Plaintiffs VICKY
MALDONADO and JUSTIN CARTER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC.,<br><br>Defendants. | Case No.    3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc. et al.*<br>Case No. 3:14-cv-01619-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE**<br><br>**[N.D. CAL. L.R. 6-2]**<br><br>Judge: William H. Orrick<br>Courtroom: 2, 17th Floor |

Michella A. Kras (*Pro Hac Vice*)
Robert A. Carey (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 W. Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: michellak@hbsslaw.com
Email: rob@hbsslaw.com

Renee Fagan Kennedy (*Pro Hac Vice*)
P.O. Box 2222
Friendswood, TX  77549
Telephone: (832) 428-1552
Email: kennedyrk22@gmail.com

Pursuant to Civil Local Rule 6-2, Plaintiffs Vicky Maldonado and Justin Carter and Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc. stipulate as follows:

WHEREAS, on April 17, 2017, the Court entered a Civil Pretrial Order (ECF No. 71), which, among other things, set a briefing schedule for Plaintiffs' contemplated motion for class certification;

WHEREAS, on September 22, 2017, the Court entered an Order granting the parties' stipulated request to continue the class certification briefing schedule and other case deadlines (ECF No. 76);

WHEREAS, on November 30, 2017, the Court entered an Order regarding the parties' joint report regarding outstanding discovery disputes (ECF No. 84);

WHEREAS, in the November 30, 2017 Order, the Court set a deadline of December 22, 2017 for Apple to produce testing documents and failure rate data, and instructed the parties to file a stipulation extending the class certification briefing and hearing schedule if Defendants were unable to meet the December 22 deadline and circumstances warranted an extension (ECF No. 84);

WHEREAS, Apple produced testing documents relating to the products Plaintiffs purchased (i.e., the iPhone 6 Plus and the iPad 4th generation) on December 22, 2017, but requires additional time to provide failure rate data, additional testing documents it locates, and supplemental interrogatory responses (Mayo Decl. ¶ 2);

WHEREAS, the parties agree they will need more time to conduct discovery before the current December 31, 2017 mediation deadline and February 7, 2018 class certification motion deadline (Mayo Decl. ¶ 3; Kras Decl. ¶ 3);

WHEREAS, Defendants proposed a revised schedule that continued the current schedule by approximately two to three months (Mayo Decl. ¶ 6), but Plaintiffs are not prepared to submit class certification or other pretrial deadlines before seeing the remaining discovery from Defendants (Kras Decl. ¶ 4);

WHEREAS, the parties have met and conferred and, subject to the Court's approval,

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. 3:16-cv-04067-WHO
sf-3851284

2

agree to continue the mediation deadline to April 20, 2018, and will file a proposed revised schedule by January 31, 2018 (Mayo Decl. ¶ 4; Kras Decl. ¶ 4);

WHEREAS, the mediation deadline has not been previously modified and the class certification and pretrial schedules have been modified once before (*see* ECF No. 76) (Mayo Decl. ¶ 5; Kras Decl. ¶ 5); and

WHEREAS, the parties do not make this request for delay or any other improper purpose.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the mediation deadline be continued to April 20, 2018 and the parties submit a proposed revised schedule by January 31, 2018.

DATED: December 29, 2017                 HAGENS BERMAN SOBOL SHAPIRO LLP

By  */s/ Michella A. Kras*
         Michella A. Kras

**Attorneys for Plaintiffs Vicky Maldonado and Justin Carter**

DATED: December 29, 2017                 MORRISON & FOERSTER LLP

By  */s/  Margaret E. Mayo*
         Margaret E. Mayo

**Attorneys for Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____

_____
Hon. William H. Orrick
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. 3:16-cv-04067-WHO
sf-3851284

3

**ECF ATTESTATION**

I, Margaret E. Mayo, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michella A. Kras has concurred in this filing.

Dated: December 29, 2017                    MORRISON & FOERSTER LLP


By:  /s/  *Margaret E. Mayo*
                 Margaret E. Mayo
          *Attorneys for Defendants Apple Inc.,*
          *AppleCare Service Company, Inc., and*
          *Apple CSC Inc.*

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE
CASE NO. 3:16-cv-04067-WHO
sf-3851284

4