PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (SBN 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
APPLE INC., APPLECARE SERVICE
COMPANY, INC., and APPLE CSC INC.

SHANA E. SCARLETT (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California  94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com

STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

[Additional Counsel on Next Page]

Attorneys for Plaintiffs
VICKY MALDONADO and JUSTIN CARTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC.,<br><br>Defendants. | Case No.   3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc. et al.*<br>Case No. 3:14-cv-01619-WHO<br><br>**STIPULATION AND ORDER CONTINUING CASE SCHEDULE**<br><br>**[N.D. CAL. L.R. 6-2]**<br><br>Judge: William H. Orrick<br>Courtroom: 2, 17th Floor<br><br>Complaint Filed:  July 20, 2016<br>Trial Date:  August 19, 2019 |

Michella A. Kras (*Pro Hac Vice*)
Robert A. Carey (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 W. Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: michellak@hbsslaw.com
Email: rob@hbsslaw.com

Renee Fagan Kennedy (*Pro Hac Vice*)
P.O. Box 2222
Friendswood, Texas  77549
Telephone: (832) 428-1552
Email: kennedyrk22@gmail.com

Attorneys for Plaintiffs
VICKY MALDONADO and JUSTIN CARTER

Pursuant to Civil Local Rule 6-2, Plaintiffs Vicky Maldonado and Justin Carter and Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc. stipulate as follows:

WHEREAS, on April 17, 2017, the Court entered a Civil Pretrial Order (ECF No. 71), which, among other things, set a briefing schedule for Plaintiffs' contemplated motion for class certification;

WHEREAS, on September 22, 2017, the Court entered an Order granting the parties' stipulated request to continue the class certification briefing schedule and other case deadlines (ECF No. 76);

WHEREAS, on November 30, 2017, the Court entered an Order regarding the parties' joint report regarding outstanding discovery disputes, and in that Order instructed the parties to file a stipulation extending the class certification briefing and hearing schedule if circumstances warranted an extension (ECF No. 84);

WHEREAS, on January 3, 2018, the Court entered an Order granting the parties' stipulated request to continue the December 31, 2017 mediation deadline to April 20, 2018, and for the parties to submit a proposed revised schedule by January 31, 2018 (ECF No. 86);

WHEREAS, on February 2, 2018, the Court entered an Order granting the parties' stipulated request to continue the case schedule (ECF No. 88);

WHEREAS, on June 13, 2018, following a telephonic conference with the parties that same day, the Court entered an Order granting the parties' stipulated request to continue the class certification briefing schedule and other case deadlines to resolve their discovery disputes and complete class certification discovery (ECF No. 92);

WHEREAS, the parties are mindful of the Court's comments during the June 13 telephonic conference regarding the requested extension and future extensions;

WHEREAS, consistent with the representations both parties made to the Court during the June 13 telephonic conference and the Court's comments, the parties have diligently moved forward on class certification discovery, resolving all disputes regarding Plaintiffs' proposed Rule 30(b)(6) deposition topics through meet and confer and agreeing to extend agreements made with

STIPULATION AND ORDER CONTINUING CASE SCHEDULE
CASE NO. 3:16-cv-04067-WHO
sf-3933541

respect to the scope of Rule 30(b)(6) topics to Plaintiffs' related requests for production (Patel Decl. ¶¶ 2-3; Kras Decl. ¶¶ 2-3);

WHEREAS, because of the complexity of this case, Plaintiffs' requested Rule 30(b)(6) topics and related discovery requests for class certification are extensive and will require significant time and resources from both parties to complete that discovery (Patel Decl. ¶ 3; Kras Decl. ¶ 4);

WHEREAS, in connection with the parties' discussions to schedule the Rule 30(b)(6) depositions, the parties also discussed timing for mediation and have determined that mediating before conducting extensive Rule 30(b)(6) depositions, producing and reviewing large sets of documents, and preparing class certification briefing, would conserve party and Court resources while providing an opportunity to meaningfully discuss resolving this complex action (Patel Decl. ¶ 4; Kras Decl. ¶ 5);

WHEREAS, the parties have agreed to mediate before the Honorable Edward A. Panelli (Ret.), JAMS, on October 29, 2018 (Patel Decl. ¶ 5; Kras Decl. ¶ 6);

WHEREAS, October 29, 2018, was the earliest date the parties and the mediator were all available due to their conflicting schedules (Patel Decl. ¶ 5; Kras Decl. ¶¶ 7-8);

WHEREAS, the parties agreed to prioritize deposition and document discovery necessary for a productive mediation, and through meet and confer agreed on the scope of that discovery, which includes production of certain data and a deposition regarding that data (Patel Decl. ¶ 6; Kras Decl. ¶ 9);

WHEREAS, the parties respectfully request a modest, two-and-a-half-month extension of the class certification briefing, pretrial, and trial schedule so that they may prepare for and complete mediation, and if mediation is unsuccessful, complete remaining class certification discovery (Patel Decl. ¶ 7; Kras Decl. ¶ 10);

WHEREAS, the parties have met and conferred and, subject to the Court's approval, agree to continue the class certification briefing schedule and other case deadlines set forth in the Court's June 13, 2018 Order (ECF No. 92) as set forth below:

STIPULATION AND ORDER CONTINUING CASE SCHEDULE
CASE NO. 3:16-cv-04067-WHO
sf-3933541

3

| Class Certification Schedule | Current Date | Proposed Date |
|---|---|---|
| Motion to be filed | November 28, 2018 | February 11, 2019 |
| Opposition to be filed | January 16, 2019 | April 1, 2019 |
| Reply to be filed | February 13, 2019 | April 29, 2019 |
| Hearing | February 27, 2019 | May 8, 2019 |
| **Pretrial Schedule and Trial Date** | **Current Date** | **Proposed Date** |
| Fact discovery cutoff | May 17, 2019 | July 31, 2019 |
| Expert disclosure | June 14, 2019 | August 28, 2019 |
| Expert rebuttal | July 12, 2019 | September 26, 2019 |
| Expert discovery cutoff | August 16, 2019 | October 30, 2019 |
| *Daubert*/Dispositive Motions heard by | October 9, 2019 | January 13, 2020 |
| Pretrial Conference | December 11, 2019, at 2:00 p.m. | February 26, 2020 |
| Trial | February 3, 2020, at 8:30 a.m. | April 20, 2020 |

WHEREAS, the parties' proposed schedule takes into account the time necessary to prepare for and complete mediation, and any preexisting scheduling conflicts (Patel Decl. ¶ 9; Kras Decl. ¶ 11);

WHEREAS, the mediation deadline and the class certification and pretrial schedules have been modified previously three times, and the trial date has been modified twice before (*see* ECF Nos. 76, 86, 88, 92) (Patel Decl. ¶ 10; Kras Decl. ¶ 12);

WHEREAS, if the Court would like to speak with the parties about their proposed schedule and plans to mediate, the parties are available at the Court's convenience; and

WHEREAS, the parties do not make this request for delay or any other improper purpose.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the following deadlines shall be re-set as modified below:

| Class Certification Schedule | Date |
|---|---|
| Motion to be filed | February 11, 2019 |
| Opposition to be filed | April 1, 2019 |
| Reply to be filed | April 29, 2019 |
| Hearing | May **15**, 2019 |

STIPULATION AND ORDER CONTINUING CASE SCHEDULE
CASE NO. 3:16-cv-04067-WHO
sf-3933541

4

| Pretrial/Trial Schedule | Date |
| --- | --- |
| Fact discovery cutoff | July 31, 2019 |
| Expert disclosure | August 28, 2019 |
| Expert rebuttal | September 26, 2019 |
| Expert discovery cutoff | October 30, 2019 |
| *Daubert*/Dispositive Motions heard by | January 13, 2020 |
| Pretrial Conference | **March 9**, 2020 |
| Trial | April 20, 2020 |

DATED: August 27, 2018                            HAGENS BERMAN SOBOL SHAPIRO LLP

                                                  By  */s/   Steve W. Berman*
                                                          Steve W. Berman

                                                  **Attorneys for Plaintiffs**
                                                  **Vicky Maldonado and Justin Carter**

DATED: August 27, 2018                            MORRISON & FOERSTER LLP

                                                  By  */s/   Penelope A. Preovolos*
                                                          Penelope A. Preovolos

                                                  **Attorneys for Defendants**
                                                  **Apple Inc., AppleCare Service Company, Inc.,**
                                                  **and Apple CSC Inc.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED as modified above in bold .**

Date:  August 29, 2018

                                                  _____
                                                  Hon. William H. Orrick
                                                  United States District Judge

STIPULATION AND ORDER CONTINUING CASE SCHEDULE
CASE NO. 3:16-cv-04067-WHO
sf-3933541

5

**<u>ECF ATTESTATION</u>**

I, Penelope A. Preovolos, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michella A. Kras, counsel of record for Plaintiffs, has concurred in this filing.

Dated: August 28, 2018                        HAGENS BERMAN SOBOL SHAPIRO LLP


By:  /s/  *Penelope A. Preovolos*
                    Penelope A. Preovolos

***Attorneys for Defendants***
***Apple Inc., AppleCare Service Company,***
***Inc., and Apple CSC Inc.***

STIPULATION AND ORDER CONTINUING CASE SCHEDULE
CASE NO. 3:16-cv-04067-WHO
sf-3933541

6