SHANA E. SCARLETT (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue
Berkeley, California 94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
Email:  shanas@hbsslaw.com

STEVE W. BERMAN (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
Email:  steve@hbsslaw.com

[Additional Counsel on Next Page]

*Attorneys for Plaintiffs Vicky Maldonado
and Justin Carter*

ARTURO J. GONZÁLEZ (SBN 121490)
AGonzalez@mofo.com
PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
MARGARET E. MAYO (SBN 259685)
MMayo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street San Francisco, California
94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (SBN 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

*Attorneys for Defendants Apple Inc.,
AppleCare Service Company, Inc., and Apple
CSC Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC, INC.<br><br>Defendants. | No. 3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc. et al.*<br>Case No. 3:14-cv-01619-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR CLASS CERTIFICATION MOTION AND OPPOSITION**<br><br>[Civil L.R. 6-2]<br><br>Judge: William H. Orrick<br>Courtroom: 2, 17th Floor<br><br>Complaint Filed:  July 20, 2016<br>Trial Date:  April 20, 2020 |

Robert B. Carey (*Pro Hac Vice*)
Michella A. Kras (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone:  (602) 840-5900
Facsimile:  (602) 840-3012
Email: rob@hbsslaw.com
          michellak@hbsslaw.com

Renee Fagan Kennedy (*Pro Hac Vice*)
P.O. Box 2222
Friendswood, Texas 77549
Telephone: (832) 428-1552
Email: kennedyrk22@gmail.com

*Attorneys for Plaintiffs Vicky Maldonado and
Justin Carter*

STIPULATION AND ORDER REVISING SCHEDULE –    - 1 -
Case No. 4:11-CV-04766-JSW
010637-11 1092328 V1

Pursuant to Civil Local Rule 6-2, Plaintiffs Vicky Maldonado and Justin Carter and Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc. stipulate as follows:

WHEREAS, on August 28, 2018, the Court entered an Order granting the parties' stipulated request to continue the class certification briefing schedule and other case deadlines to give the parties time to mediate (ECF No. 94);

WHEREAS, the parties mediated before the Honorable Edward A. Panelli (Ret.), JAMS, on October 29, 2018, but were unable to settle the case (Kras Decl. ¶ 2; Patel Decl. ¶ 2);

WHEREAS, after the mediation, the parties diligently moved forward on class certification discovery (Kras Decl. ¶ 3; Patel Decl. ¶ 3);

WHEREAS, Plaintiffs' requested Rule 30(b)(6) topics and related discovery requests for class certification were extensive and required significant time and resources from both parties to complete that discovery, particularly given the complexity of the issues involved (Kras Decl. ¶ 4; Patel Decl. ¶ 4);

WHEREAS, Apple produced documents in response to Plaintiffs' requests for production between December 11 and December 23, 2018 (Kras Decl. ¶ 5-6; Patel Decl. ¶ 5);

WHEREAS, to facilitate Plaintiffs' initial review of those documents and the parties' and witnesses' schedules, Plaintiffs deposed Apple's two remaining Rule 30(b)(6) designees on January 8, 2019, and January 11, 2019 (Kras Decl. ¶¶ 7-8; Patel Decl. ¶ 6);

WHEREAS, Plaintiffs state that they require two extra weeks to prepare their motion for class certification to conduct a more thorough review of the documents and to work with their experts to review key documents and deposition testimony (Kras Decl. ¶¶ 9-10);

WHEREAS, the parties respectfully request that the Court slightly modify the deadlines for Plaintiffs' motion for class certification and Defendants' opposition thereto;

WHEREAS, modifying the motion and opposition filing dates will not alter the due date for Plaintiffs' reply brief, the hearing date, or any other deadline already fixed by the Court (Kras Decl. ¶ 11; Patel Decl. ¶ 7);

WHEREAS, the parties have met and conferred and, subject to the Court's approval, agree to modify the class certification briefing schedule in the Court's August 29, 2018 Order (ECF No. 94) as set forth below (Kras Decl. ¶¶ 9, 12; Patel Decl. ¶ 7):

| Class Certification Schedule | Current Date | Proposed Date |
| --- | --- | --- |
| Motion to be filed | February 11, 2019 | **February 25, 2019** |
| Opposition to be filed | April 1, 2019 | **April 8, 2019** |
| Reply to be filed | April 29, 2019 | April 29, 2019 [no change] |
| Hearing | May 15, 2019 | May 15, 2019 [no change] |

WHEREAS, the class-certification briefing schedule has been modified previously four times, (*see* ECF Nos. 76, 88, 92, 94) (Kras Decl. ¶ 13; Patel Decl. ¶ 8);

WHEREAS, the parties do not make this request for delay or any other improper purpose.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the following deadlines shall be re-set as follows:

| Class Certification Schedule | Date |
| --- | --- |
| Motion to be filed | February 25, 2019 |
| Opposition to be filed | April 8, 2019 |
| Reply to be filed | April 29, 2019 |
| Hearing | May 15, 2019 |

DATED:  January 22, 2019              HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Steve W. Berman*
       Steve W. Berman
**Attorneys for Plaintiffs**
**Vicky Maldonado and Justin Carter**

DATED:  January 22, 2019              MORRISON & FOERSTER LLP

By */s/ Purvi G. Patel*
       Purvi G. Patel
**Attorneys for Defendants**
**Apple Inc., AppleCare Service Company, Inc.,**
**and Apple CSC Inc.**

- 4 -

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

_____
Hon. William H. Orrick
United States District Judge

STIPULATION AND ORDER REVISING SCHEDULE –
Case No. 4:11-CV-04766-JSW
 010637-11 1092328 V1

**ECF ATTESTATION**

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Purvi G. Patel, counsel of record for Defendants, has concurred in this filing.

Dated:  January 22, 2019                   HAGENS BERMAN SOBOL SHAPIRO LLP


By: */s/ Steve W. Berman*
          Steve W. Berman
          **Attorneys for Plaintiffs**
          **Vicky Maldonado and Justin Carter**