Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Robert B. Carey (*Pro Hac Vice*)
Michella A. Kras (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
        michellak@hbsslaw.com

*Attorneys for Plaintiffs, Vicky Maldonado
and Justin Carter*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC, INC. <br><br> Defendants. | No. 3:16-cv-04067-WHO <br><br> Related Case: <br> *English v. Apple Inc. et al.* <br> Case No. 3:14-cv-01619-WHO <br><br> **DECLARATION OF MICHELLA A. KRAS IN SUPPORT OF STIPULATION DEADLINES FOR CLASS CERTIFICATION MOTION AND OPPOSITION** <br><br> [Civil L.R. 6-2] |

I, MICHELLA A. KRAS, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of Arizona and admitted pro hac vice to this Court.  I am of counsel with the law firm of Hagens Berman Sobol Shapiro LLP, and have appeared in this case as one of the counsel of record for Plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    In accordance with the parties' August 27, 2018 Stipulation Continuing Case Schedule (ECF No. 93), the parties mediated before the Honorable Edward A. Panelli (Ret.), JAMS, on October 29, 2018, but were unable to settle the case.

3.    After the mediation, they diligently moved forward with class certification discovery.

4.    Because of the complexity of this case, Plaintiffs' requested Rule 30(b)(6) topics and related discovery requests were extensive and required significant time and resources from both parties.

5.    The parties initially set Rule 30(b)(6) depositions for December 18-19, 2018, with the agreement that Defendants would produce responsive documents two weeks before those depositions, which should have been December 4, 2018. Apple did not produce responsive documents on December 4, 2018.

6.    Apple made an initial production of 37 responsive documents on December 11, 2018, a second production of over 3,000 documents on December 17, 2018, a third production of 6,000 documents on December 21, 2019, and a fourth production of over 13,500 documents on December 23, 2018. In total, Apple produced over 22,000 responsive documents, consisting of over 180,000 pages.

7.    Because Defendants could not produce the documents before the scheduled Rule 30(b)(6) depositions and give Plaintiffs' sufficient time to review them, the parties agreed to postpone the depositions.

Kras Decl. ISO Stipulation to Revise Deadlines –
Case No. 4:11-CV-04766-JSW
010637-11 1092326 V1

- 1 -

8.      To accommodate the parties' and witnesses' schedules, and to give Plaintiffs time to do an initial review of the documents, Plaintiffs reset the depositions for January 8 and 11, 2019. Plaintiffs took the depositions on those dates.

9.      In moving the deposition dates, the parties also met, conferred, and agreed that Plaintiffs might need additional time to prepare their class certification motion, agreeing to abbreviate the schedule to give Plaintiffs two additional weeks.

10.      Plaintiffs need those two additional weeks to conduct a more thorough review of the voluminous documents produced by Defendants and to work with their experts, who will need to review key documents and deposition testimony.

11.      The proposed modifications will not alter the due date for Plaintiffs' reply brief, the hearing date, or any other deadline already fixed by the Court.

12.      For these reasons, the parties agree to abbreviate the class certification schedule to give Plaintiffs two additional weeks to prepare their motion for class certification.

13.      The class certification schedule has been modified previously four times, (*see* ECF Nos. 76, 88, 92, 94).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 22nd day of January, 2019, at Phoenix, Arizona.

_____
Michella A. Kras

Kras Decl. ISO Stipulation to Revise Deadlines –
Case No. 4:11-CV-04766-JSW
010637-11 1092326 V1

- 2 -