ARTURO J. GONZÁLEZ (SBN 121490)
AGonzalez@mofo.com
PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
MARGARET E. MAYO (SBN 259685)
MMayo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (SBN 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
APPLE INC., APPLECARE SERVICE
COMPANY, INC., and APPLE CSC INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC., <br><br> Defendants. | Case No.   3:16-cv-04067-WHO <br><br> Related Case: <br> *English v. Apple Inc., et al.* <br> Case No. 3:14-cv-01619-WHO <br><br> **DECLARATION OF PURVI G. PATEL IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR CLASS CERTIFICATION MOTION AND OPPOSITION** <br><br> **[N.D. CAL. L.R. 6-2]** <br><br> Judge:      Hon. William H. Orrick <br> Courtroom:   2, 17th Floor <br><br> Complaint Filed: July 20, 2016 <br> Trial Date: April 20, 2020 |

PATEL DECL. ISO STIPULATION RE DEADLINES FOR CLASS CERTIFICATION MOTION AND OPPOSITION
CASE NO. 3:16-cv-04067-WHO
sf-3981405

I, Purvi G. Patel, hereby declare as follows:

1.      I am a partner in the law firm of Morrison & Foerster LLP, counsel of record for Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc. in this action. I make this declaration on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2.      On October 29, 2018, the parties mediated before the Honorable Edward A. Panelli (Ret.), JAMS, but were unable to settle the case.

3.      Defendants have diligently moved forward on class certification discovery.

4.      Plaintiffs' requested Rule 30(b)(6) topics and related discovery requests for class certification were extensive and required significant time and resources to complete, particularly given the complexity of the issues involved.

5.      Apple produced documents in response to Plaintiffs' requests for production between December 11 and December 23, 2018.

6.      To facilitate Plaintiffs' review of those documents and the parties' and witnesses' schedules, the parties scheduled Apple's two remaining Rule 30(b)(6) designees for deposition on January 8, 2019, and January 11, 2019.  The depositions took place as scheduled.

7.      The parties have met and conferred and, subject to the Court's approval, agreed to slightly modify the deadlines for Plaintiffs' motion for class certification and Defendants' opposition thereto.  Modifying the motion and opposition filing dates will not alter the due date for Plaintiffs' reply brief, the hearing date, or any other deadline already fixed by the Court.

8.      The mediation deadline and the class certification and pretrial schedules have been modified four times before (see ECF Nos. 76, 86, 88, 92, 94).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of January, 2019, at Los Angeles, California.

Purvi G. Patel