Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email:  steve@hbsslaw.com

Robert B. Carey (*Pro Hac Vice*)
Michella A. Kras (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
        michellak@hbsslaw.com

*Attorneys for Plaintiff*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>                                Plaintiffs,<br><br>        v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC, INC.<br><br>                                Defendants. | No. 3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc., et al.*<br>Case No. 3:14-cv-01619-WHO<br><br>**DECLARATION OF STEVE BERMAN IN SUPPORT OF PLAINTIFFS' AMENDED MOTION FOR CLASS CERTIFICATION**<br><br>Hearing:  May 15, 2019<br>Time: 2:00 p.m.<br>Judge: William H. Orrick<br>Courtroom:  2, 17th Floor |

010637-11  1099933 V1

HAGENS BERMAN

1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

I, Steve W. Berman, do hereby declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of Washington, and I have been admitted *pro hac vice* in this Court. I am the managing partner of Hagens Berman Sobol Shapiro LLP, and have appeared in this case as one of the counsel of record for Plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    I submit this declaration on behalf of Plaintiffs in support of their Amended Motion for Class Certification.

3.    Attached hereto as Exhibit 1 is a true and correct copy of a document Bates-numbered APL-MLDNDO_00001158-66, produced in the above-captioned action.

4.    Attached hereto as Exhibit 2 is a true and correct copy of a document Bates-numbered APL-MLDNDO-000055-65, produced in the above-captioned action.

5.    Attached hereto as Exhibit 3 are true and correct copies of excerpts of the deposition transcript of Michael Lanigan, dated January 11, 2019.

6.    Attached hereto as Exhibit 4 is a true and correct copy of Apple Inc.'s Responses and Objections to Plaintiffs' First Set of "Non-Uniform" Interrogatories, dated July 28, 2017.

7.    Attached hereto as Exhibit 5 is a true and correct copy of Apple's Highly Confidential and Restricted Access Supplemental Responses and Objections to Plaintiffs' Non-Uniform Interrogatory No. 7, dated February 2, 2018.

8.    Attached hereto as Exhibit 6 is a true and correct copy of Apple, Inc.'s Highly Confidential Supplemental Responses and Objections to Plaintiffs' First Set of "Non-Uniform" Interrogatories (Interrogatory Nos. 4, 6, 9, 10, 11, and 15), dated February 2, 2018.

9.    Attached hereto as Exhibit 7 are true and correct copies of excerpts of the deposition transcript of Jason Fu, dated January 8, 2019.

10.    Attached hereto as Exhibit 8 are true and correct copies of excerpts of the deposition transcript of Avijit Sen, dated October 9, 2018.

DECL. STEVE BERMAN ISO MOT. FOR CLASS CERT.
Case No. 3:16-cv-04067-WHO
010637-11  1099933 V1

- 1 -

HB  HAGENS BERMAN

1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

11.    Attached hereto as Exhibit 9 is a true and correct copy of document Bates-numbered APL-MLDNDO-00013487-530, produced in the above-captioned action (Exhibit 56 to the deposition of Michael Lanigan, dated January 11, 2019).

12.    Attached hereto as Exhibit 10 is a true and correct copy of a document Bates-numbered APL-MLDNDO-00005561, produced in the above-captioned action.

13.    Attached hereto as Exhibit 11 is a true and correct copy of a document Bates-numbered APL-MLDNDO-00005565, produced in the above-captioned action.

14.    Attached hereto as Exhibit 12 is a true and correct copy of a letter from Purvi G. Patel, dated March 22, 2017.

15.    Attached hereto as Exhibit 13 is a true and correct copy of Apple, Inc.'s Highly Confidential Supplemental Responses and Objections to Plaintiffs' First Set of "Non-Uniform" Interrogatories (Interrogatory Nos. 16-18), dated January 30, 2018.

16.    Attached hereto as Exhibit 14 is a true and correct copy of Defendant Apple Inc.'s Highly Confidential and Restricted Access Supplemental Responses and Objections to Plaintiffs' First Set of "Non-Uniform" Interrogatories (Interrogatory Nos. 19-20), dated January 30, 2018.

17.    Attached hereto as Exhibit 15 is a true and correct copy of the Hagens Berman Sobol Shapiro LLP firm resume dated February 13, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of February, 2019, at Seattle, Washington.

/s/ Steve W. Berman
Steve W. Berman

DECL. STEVE BERMAN ISO AMENDED MOT. FOR CLASS
CERT. Case No. 3:16-cv-04067-WHO
010637-11  1099933 V1

- 2 -

HB  HAGENS BERMAN

1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594