ARTURO J. GONZÁLEZ (SBN 121490)
AGonzalez@mofo.com
PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
MARGARET E. MAYO (SBN 259685)
MMayo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (SBN 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
APPLE INC., APPLECARE SERVICE
COMPANY, INC., and APPLE CSC INC.

SHANA E. SCARLETT (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com

STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

[Additional Counsel on Next Page]

Attorneys for Plaintiffs
VICKY MALDONADO and JUSTIN CARTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC.,<br><br>Defendants. | Case No. 3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc. et al.*<br>Case No. 3:14-cv-01619-WHO<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND COORDINATING THE HEARINGS FOR SUMMARY JUDGMENT AND CLASS CERTIFICATION**<br><br>**[N.D. CAL. L.R. 6-2]**<br><br>Judge: William H. Orrick<br>Courtroom: 2, 17th Floor<br><br>Complaint Filed: July 20, 2016<br>Trial Date: April 20, 2020 |

STIP. AND ORDER RE DEFENDANTS' MSJ AND RE MSJ AND CLASS CERT HEARINGS
CASE NO. 3:16-cv-04067-WHO
la-1411716

1 | Michella A. Kras (*Pro Hac Vice*)
Robert A. Carey (*Pro Hac Vice*)
2 | HAGENS BERMAN SOBOL SHAPIRO LLP
11 W. Jefferson Street, Suite 1000
3 | Phoenix, Arizona 85003
Telephone: (602) 840-5900
4 | Facsimile: (602) 840-3012
Email: michellak@hbsslaw.com
5 | Email: rob@hbsslaw.com

6 | Renee Fagan Kennedy (*Pro Hac Vice*)
P.O. Box 2222
7 | Friendswood, Texas 77549
Telephone: (832) 428-1552
8 | Email: kennedyrk22@gmail.com

9 |
Attorneys for Plaintiffs
10 | VICKY MALDONADO and JUSTIN CARTER

Pursuant to Civil Local Rule 6-2, Plaintiffs Vicky Maldonado and Justin Carter and Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc., by and through their respective counsel, stipulate as follows:

WHEREAS, Plaintiffs' motion for class certification (ECF No. 103) is set to be heard by the Court on May 15, 2019 at 2 p.m.;

WHEREAS, Defendants intend to file a motion for summary judgment on Plaintiffs' individual claims on April 8, 2019, which is the same day that Defendants' opposition to Plaintiffs' motion for class certification is due;

WHEREAS, no briefing schedule regarding Defendants' forthcoming summary judgment motion has previously been set by the Court;

WHEREAS, due to overlapping issues between Defendants' motion for summary judgment and Plaintiffs' motion for class certification, including specifically with respect to the named Plaintiffs' claims, Defendants propose coordinating the hearings on the two motions, which will yield efficiencies for both the Court and the parties;

WHEREAS, Plaintiffs do not oppose coordinating the hearings on the two motions;

WHEREAS, on March 7, 2019, Defendants requested the parties agree to a summary judgment briefing schedule that would allow both the class certification motion and the summary judgment motion to be heard on May 15 (Mayo Decl. ¶ 2; Kras Decl. ¶ 2);

WHEREAS, between March 7 and March 27, the parties met and conferred regarding various potential briefing schedules for Defendants' motion for summary judgment (Mayo Decl. ¶ 3; Kras Decl. ¶ 3);

WHEREAS, under the current class-certification briefing schedule, Plaintiffs have three weeks to draft a reply to their pending motion for class certification, and their counsel has existing commitments in other cases during that same time-period (Kras Decl. ¶ 5);

WHEREAS, Plaintiffs state that any proposed briefing schedule with a May 15 hearing date would require them to respond to the summary judgment motion and draft their class certification reply simultaneously and will not give them sufficient time to draft their opposition to Defendants' motion for summary judgment (Kras Decl. ¶ 6);

WHEREAS, the parties agree, subject to the Court's approval, to continue the hearing on Plaintiffs' motion for class certification to July 24, 2019, at 2 p.m., and to set the following briefing schedule on Defendants' motion for summary judgment:

| Event | Deadline |
| --- | --- |
| Motion for summary judgment | April 8, 2019 |
| Opposition | June 10, 2019 |
| Reply | July 10, 2019 |

WHEREAS, with respect to Plaintiffs' motion for class certification, the proposed schedule above changes only the hearing on that motion, and does not change the briefing schedule;

WHEREAS, the hearing on Plaintiffs' motion for class certification has been modified previously four times (ECF Nos. 76, 88, 92, 94);

WHEREAS, the parties are mindful of the prior continuances in this case, and while they have explored shorter briefing schedules, those schedules each posed significant scheduling conflicts (Mayo Decl. ¶ 4; Kras Decl. ¶ 4);

WHEREAS, the parties have tried to resolve the case in good faith before submitting this stipulation regarding the summary judgment briefing schedule and requesting a new class certification hearing date, including attending two mediation sessions before the Honorable Justice Panelli (JAMS);

WHEREAS, this stipulation is not being made for delay or any other improper purpose;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the hearing on Plaintiffs' motion for class certification (ECF No. 103) is continued to July 24, 2019 at 2 p.m., and the schedule on Defendants' motion for summary judgment, is set as follows:

| Event | Deadline |
| --- | --- |
| Motion for summary judgment | April 8, 2019 |
| Opposition | June 10, 2019 |
| Reply | July 10, 2019 |

| Event | Deadline |
|---|---|
| Hearing on summary judgment and class certification motions | July 24, 2019, 2 p.m. |

DATED: March 27, 2019                    HAGENS BERMAN SOBOL SHAPIRO LLP

By  /s/  Steve W. Berman
         Steve W. Berman

*Attorneys for Plaintiffs*
*Vicky Maldonado and Justin Carter*


DATED: March 27, 2019                    MORRISON & FOERSTER LLP

By  /s/  Purvi G. Patel
         Purvi G. Patel

*Attorneys for Defendants*
*Apple Inc., AppleCare Service Company, Inc.,*
*and Apple CSC Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED as modified below:**

**The hearing on the motions for summary judgment and class certification will be held on August 7, 2019 at 2 p.m. The change in the hearing date will not adjust the briefing schedule to which the parties have agreed.**

Date: March 29, 2019

Hon. William H. Orrick
United States District Judge

## ECF ATTESTATION

I, Purvi G. Patel, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Steve W. Berman, counsel of record for Plaintiffs, has concurred in this filing.

Dated: March 27, 2019       MORRISON & FOERSTER LLP

By: /s/ *Purvi G. Patel*
    Purvi G. Patel

*Attorneys for Defendants*
*Apple Inc., AppleCare Service Company,*
*Inc., and Apple CSC Inc.*