1  ARTURO J. GONZÁLEZ (SBN 121490)
   AGonzalez@mofo.com
2  PENELOPE A. PREOVOLOS (SBN 87607)
   PPreovolos@mofo.com
3  MARGARET E. MAYO (SBN 259685)
   MMayo@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  PURVI G. PATEL (SBN 270702)
   PPatel@mofo.com
8  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
9  Los Angeles, California 90017-3543
   Telephone: 213.892.5200
10 Facsimile: 213.892.5454

11 Attorneys for Defendants
   APPLE INC., APPLECARE SERVICE
12 COMPANY, INC., and APPLE CSC INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC.,<br><br>Defendants. | Case No.   3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc., et al.*<br>Case No. 3:14-cv-01619-WHO<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Hearing:    August 7, 2019<br>Time:       2:00 p.m.<br>Judge:      William H. Orrick<br>Courtroom:  2, 17th Floor<br><br>Complaint Filed: July 20, 2016<br>Trial Date: April 20, 2020 |

Having considered the papers filed by the parties in connection with Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc.'s Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment and the parties' arguments at the hearing on this matter, and for good cause shown, the Court hereby **GRANTS** Defendants' Motion for Summary Judgment, or, in the Alternative, Partial Summary Judgment as follows:

1. Defendants' motion for summary judgment as to all claims for relief Plaintiffs allege in the First Amended Complaint is granted; OR

2. Defendants' motion for partial summary judgment as to Plaintiffs' breach of contract claim against AppleCare Service Company, Inc. is granted; AND/OR

3. Defendants' motion for partial summary judgment as to Plaintiffs' claim for violation of the Magnuson-Moss Warranty Act against AppleCare Service Company, Inc. is granted; AND/OR

4. Defendants' motion for partial summary judgment as to Plaintiffs' claim for violation of the Song-Beverly Consumer Warranty Act against AppleCare Service Company, Inc. is granted; AND/OR

5. Defendants' motion for partial summary judgment as to Plaintiffs' claim for violation of California's Unfair Competition Law against Defendants is granted; AND/OR

6. Defendants' motion for partial summary judgment as to Plaintiffs' UCL "fraudulent" claim against Defendants is granted; AND/OR

7. Defendants' motion for partial summary judgment as to Plaintiffs' UCL "unlawful" claim against Defendants is granted; AND/OR

8. Defendants' motion for partial summary judgment as to Plaintiffs' UCL "unfair" claim against Defendants is granted.

Dated: _____, 2019

_____
The Honorable William H. Orrick
United States District Judge

[Proposed] Order Granting Defendants' MSJ, or, alternatively, Partial Summary Judgment
Case No. 3:16-cv-04067-WHO
la-1413618

1