STEVE W. BERMAN (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

ROBERT B. CAREY (*Pro Hac Vice*)
MICHELLA A. KRAS (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
       michellak@hbsslaw.com

[Additional Counsel on Next Page]

ARTURO J. GONZÁLEZ (SBN 121490)
AGonzalez@mofo.com
PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
MARGARET E. MAYO (SBN 259685)
MMayo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street San Francisco, California
94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (SBN 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

*Attorneys for Plaintiffs Vicky Maldonado and
Justin Carter*

*Attorneys for Defendants Apple Inc.,
AppleCare Service Company, Inc., and Apple
CSC Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC, INC.<br><br>Defendants. | No. 3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc. et al.*<br>Case No. 3:14-cv-01619-WHO<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES FOR (1) PLAINTIFFS' REPLY IN SUPPORT OF THEIR CLASS CERTIFICATION MOTION AND (2) THE PARTIES' MOTION(S) TO SEAL**<br><br>[Civil L.R. 6-2]<br><br>Judge: William H. Orrick<br>Courtroom: 2, 17th Floor<br><br>Complaint Filed: July 20, 2016<br>Trial Date: April 20, 2020 |

SHANA E. SCARLETT (SBN 217895)

1   HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
2   Berkeley, California  94710
    Telephone: (510) 725-3000
3   Facsimile: (510) 725-3001
    Email: shanas@hbsslaw.com
4

5   RENEE FAGEN KENNEDY (*Pro Hac Vice*)
    P.O. Box 2222
6   Friendswood, Texas  77549
    Telephone: (832) 428-1552
7   Email: kennedyrk22@gmail.com

8   *Attorneys for Plaintiffs Vicky Maldonado and*
    *Justin Carter*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        Pursuant to Civil Local Rule 6-2, Plaintiffs Vicky Maldonado and Justin Carter and

2    Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc. stipulate as

3    follows:

4        WHEREAS, on February 2, 2019, the Court approved the parties' stipulation to compress

5    the class certification briefing schedule to allow Plaintiffs additional time to prepare their class

6    certification motion in light of the extensive discovery requested by Plaintiffs and produced by

7    Defendants (ECF Nos. 96 and 97);

8        WHEREAS, on March 4, 2019, the Court approved the parties' stipulation for each party to

9    file its respective omnibus Administrative Motion to File Under Seal and declaration in support of

10   sealing that party's confidential or highly confidential information or documents submitted in

11   connection with the class certification briefing ("motions to seal") on or before May 13, 2019 (ECF

12   No. 107);

13       WHEREAS, on March 29, 2019, the Court approved the parties' stipulated summary

14   judgment briefing schedule and request that the Court set the hearings on summary judgment and

15   class certification for the same day (ECF Nos. 108 and 109);

16       WHEREAS, the Court set a hearing on the motions for class certification and summary

17   judgment for August 7, 2019 (ECF No. 109);

18       WHEREAS, under the current class certification briefing schedule, Plaintiffs have three

19   weeks to file a reply, which is currently due April 29, 2019 (ECF No. 97);

20       WHEREAS, during those three weeks Plaintiffs' counsel had commitments in other cases

21   and prepared for and deposed Defendants' three expert witnesses on April 15, 16, and 19, 2019

22   (Kras Decl. ¶ 3);

23       WHEREAS, Plaintiffs require an additional week to prepare their reply in support of the

24   class certification motion (Kras Decl. ¶ 4);

25       WHEREAS, if Plaintiffs' reply deadline is extended to May 6, 2019, the parties request a

26   corresponding one-week extension to the deadline for the parties to file their respective motions to

27   seal (Kras Decl. ¶ 5; Patel Decl. ¶ 3);

28

WHEREAS, modifying these deadlines will not alter the hearing date or any other deadline already fixed by the Court (Kras Decl. ¶ 6; Patel Decl. ¶ 4);

WHEREAS, the parties have met and conferred and, subject to the Court's approval, agree to extend (i) Plaintiffs' deadline to file their reply in support of the class certification from April 29, 2019 to May 6, 2019; and (ii) the parties' deadline to file their respective motions to seal from May 13, 2019 to May 20, 2019 (Kras Decl. ¶ 7; Patel Decl. ¶¶ 2-3);

WHEREAS, the class-certification briefing schedule has been previously modified four times (*see* ECF Nos. 76, 88, 92, 94) (Kras Decl. ¶ 8; Patel Decl. ¶ 5);

WHEREAS, the parties do not make this request for delay or any other improper purpose.

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that Plaintiffs' deadline to file their reply in support of the class certification dealine is extended from April 29, 2019 to May 6, 2019 and the parties' deadline to file their respective motions to seal is extended from May 13, 2019 to May 20, 2019.

DATED: April 25, 2019     HAGENS BERMAN SOBOL SHAPIRO LLP

By /s/Steve W. Berman
 Steve W. Berman
 **Attorneys for Plaintiffs**
 **Vicky Maldonado and Justin Carter**

DATED: April 25, 2019     MORRISON & FOERSTER LLP

By /s/Purvi G. Patel
 Purvi G. Patel
 **Attorneys for Defendants**
 **Apple Inc., AppleCare Service Company,**
 **Inc., and Apple CSC Inc.**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: April 29, 2019     _____

 Hon. William H. Orrick
 United States District Judge

## ECF ATTESTATION

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Purvi G. Patel, counsel of record for Defendants, has concurred in this filing.

Dated: April   , 2019          HAGENS BERMAN SOBOL SHAPIRO LLP


By: _____
     Steve W. Berman
     *Attorneys for Plaintiffs*
     *Vicky Maldonado and Justin Carter*