ARTURO J. GONZÁLEZ (SBN 121490)
AGonzalez@mofo.com
PENELOPE A. PREOVOLOS (SBN 87607)
PPreovolos@mofo.com
TIFFANY CHEUNG (SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (SBN 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
APPLE INC., APPLECARE SERVICE
COMPANY, INC., and APPLE CSC INC.

SHANA E. SCARLETT (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com

STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

[Additional Counsel on Next Page]

Attorneys for Plaintiffs
VICKY MALDONADO and JUSTIN CARTER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC.,<br><br>Defendants. | Case No.   3:16-cv-04067-WHO<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING EXPERT DISCOVERY DEADLINES AND SETTING BRIEFING SCHEDULE ON *DAUBERT* /DISPOSITIVE MOTIONS**<br><br>**[N.D. CAL. L.R. 6-2]**<br><br>Judge: William H. Orrick<br>Courtroom: 2, 17th Floor<br><br>Complaint Filed:  July 20, 2016<br>Trial Date:  August 10, 2020 |

Michella A. Kras (*Pro Hac Vice*)
Robert A. Carey (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 W. Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: michellak@hbsslaw.com
Email: rob@hbsslaw.com

Renee Fagan Kennedy (*Pro Hac Vice*)
P.O. Box 2222
Friendswood, Texas  77549
Telephone: (832) 428-1552
Email: kennedyrk22@gmail.com

Attorneys for Plaintiffs
VICKY MALDONADO and JUSTIN CARTER

Pursuant to Civil Local Rule 6-2, Plaintiffs Vicky Maldonado and Justin Carter and Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc. stipulate as follows:

WHEREAS, the Court has previously entered Orders granting the parties' stipulated requests to continue case deadlines and most recently entered a scheduling Order on September 27, 2019;

WHEREAS, the Court's September 27, 2019 Order set the following current dates for the pretrial schedule (ECF No. 158):

| Pretrial/Trial Schedule | Date |
| --- | --- |
| Fact discovery cutoff | November 22, 2019 |
| Expert disclosure | December 20, 2019 |
| Expert rebuttal | January 31, 2020 |
| Expert discovery cutoff | February 28, 2020 |
| *Daubert* /Dispositive Motions heard by | May 20, 2020 |

WHEREAS, the Court has not yet set briefing deadlines for any *Daubert* or dispositive motions that may be filed;

WHEREAS, the parties have been engaged in discovery and meet and confer, and agree that it would promote the orderly administration of the case to set briefing deadlines for any *Daubert* or dispositive motions that may be filed as allowed by paragraph 6 of this Court's Standing Order for Civil Cases and to allow additional time to prepare expert reports and complete expert discovery (Declaration of Tiffany Cheung ("Cheung Decl.") ¶ 2; Declaration of Michella Kras ("Kras Decl.") ¶ 2);

WHEREAS, the parties respectfully request a modest extension of the expert discovery deadlines, which would not affect the currently-scheduled fact discovery cut-off or the *Daubert* and dispositive motion hearing deadline, or the pretrial conference and trial dates;

WHEREAS, the parties have met and conferred and, subject to the Court's approval, agree to continue the expert discovery deadlines set forth in the Court's September 27, 2019 Order (ECF No. 158), and also agree to the following briefing schedule for any *Daubert* and

STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DATES AND SETTING BRIEFING SCHEDULE
CASE NO. 3:16-cv-04067-WHO
sf-4111056

2

dispositive motions that may be filed:

| Pretrial Schedule | Current Date | Proposed Date |
| --- | --- | --- |
| Expert disclosure | December 20, 2019 | January 17, 2020 |
| Expert rebuttal | January 31, 2020 | February 14, 2020 |
| Expert discovery cutoff | February 28, 2020 | March 6, 2020 |
| *Daubert*/Dispositive Motions due | None set | March 25, 2020 |
| Oppositions to *Daubert*/Dispositive Motions due | None set | April 22, 2020 |
| Replies in support of *Daubert*/Dispositive Motions due | None set | May 6, 2020 |

WHEREAS, the parties further respectfully request that they be permitted to reserve May 20, 2020 as the hearing date for any *Daubert* and dispositive motions;

WHEREAS, the pretrial schedule has been modified six times, and the trial date has been modified four times (*see* ECF Nos. 76, 88, 92, 94, 150, 158) (Cheung Decl. ¶ 4; Kras Decl. ¶ 3);

WHEREAS, the parties are mindful of the prior continuances in this case, and have sought to propose as minimal a continuance of the pretrial dates as possible, without changing the hearing deadline for *Daubert*/Dispositive motions, or the pretrial conference or trial dates;

WHEREAS, the parties do not make this request for delay or any other improper purpose.

///

///

///

///

///

///

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DATES AND SETTING BRIEFING SCHEDULE
CASE NO. 3:16-cv-04067-WHO
sf-4111056

3

THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the following deadlines shall be set or re-set as follows:

| Pretrial Schedule | Date |
|---|---|
| Expert disclosure | January 17, 2020 |
| Expert rebuttal | February 14, 2020 |
| Expert discovery cutoff | March 6, 2020 |
| *Daubert*/Dispositive Motionsdue | March 25, 2020 |
| Oppositions to *Daubert* /Dispositive Motions due | April 22, 2020 |
| Replies in support of *Daubert* /Dispositive Motions due | May 6, 2020 |
| Hearing Date for *Daubert* /Dispositive Motions | May 20, 2020 |

DATED: November 14, 2019

HAGENS BERMAN SOBOL SHAPIRO LLP

By  */s/ Steve W. Berman*
                Steve W. Berman

***Attorneys for Plaintiffs***
***Vicky Maldonado and Justin Carter***

STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DATES AND SETTING BRIEFING SCHEDULE
CASE NO. 3:16-cv-04067-WHO
sf-4111056

4

DATED: November 14, 2019                         MORRISON & FOERSTER LLP

By  */s/ Tiffany Cheung*
                                                      Tiffany Cheung

*Attorneys for Defendants*
*Apple Inc., AppleCare Service Company, Inc.,*
*and Apple CSC Inc.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED as modified below.**

| Pretrial Schedule | Date |
|---|---|
| Expert disclosure | January 17, 2020 |
| Expert rebuttal | February 14, 2020 |
| Expert discovery cutoff | March 6, 2020 |
| *Daubert*/Dispositive Motions due | March 25, 2020 |
| Oppositions to *Daubert* /Dispositive Motions due | **April 15, 2020** |
| Replies in support of *Daubert* /Dispositive Motions due | **April 29, 2020** |
| Hearing Date for *Daubert* /Dispositive Motions | May 20, 2020 |

Given the motions to be heard on May 20, 2020, I will need three weeks to review them prior to the hearing.  I cannot move the hearing date and maintain the trial date.  The parties may, if they wish, agree to modify the dates above other than the hearing and "Replies" date by stipulation.

Date:  November 14, 2019



Hon. William H. Orrick
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DATES AND SETTING BRIEFING SCHEDULE
CASE NO. 3:16-cv-04067-WHO
sf-4111056

5

## ECF ATTESTATION

I, Tiffany Cheung, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Steve Berman, counsel of record for Plaintiffs, has concurred in this filing.

Dated: November 14, 2019                    MORRISON & FOERSTER LLP


                                            By:   */s/ Tiffany Cheung*
                                                     Tiffany Cheung

                                            **Attorneys for Defendants**
                                            **Apple Inc., AppleCare Service Company,**
                                            **Inc., and Apple CSC Inc.**

STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT DATES AND SETTING BRIEFING SCHEDULE
CASE NO. 3:16-cv-04067-WHO
sf-4111056

6