UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VICKY MALDONADO, et al.,

Plaintiffs,

v.

APPLE, INC, et al.,

Defendants.

Case No. 3:16-cv-04067-WHO

**ORDER APPROVING CLASS NOTICE PLAN**

Re: Dkt. No. 210

On June 2, 2020, class counsel from Hagens Berman Sobol Shapiro LLP filed a motion to approve the form and manner of notice to the class I certified on September 17, 2019. The defendants have not opposed. The proposed notice plan is APPROVED, and the July 15, 2020 hearing on the motion is VACATED. It is further ordered that:

1. Defendants shall provide the direct contact data for class members in their possession to Epiq within 30 days of this Order.
2. The notice program shall begin within 30 days of Epiq's receipt of the final and approved data from Defendants ("Notice Start Date").
3. The deadline for class members to request exclusion from the class be set at 60 days following the Notice Start Date.
4. The internet address for the notice website shall be "www.replacementdevicelawuit.com."

**IT IS SO ORDERED.**

Dated: July 7, 2020

William H. Orrick
United States District Judge

United States District Court
Northern District of California