| | |
|---|---|
| STEVE W. BERMAN (*Pro Hac Vice*) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 1301 2nd Avenue, Suite 2000 <br> Seattle, WA 98101 <br> Telephone:  (206) 623-7292 <br> Facsimile:  (206) 623-0594 <br> Email:  steve@hbsslaw.com <br><br> ROBERT B. CAREY (*Pro Hac Vice*) <br> MICHELLA A. KRAS (*Pro Hac Vice*) <br> HAGENS BERMAN SOBOL SHAPIRO LLP <br> 11 West Jefferson, Suite 1000 <br> Phoenix, Arizona 85003 <br> Telephone:  (602) 840-5900 <br> Facsimile:  (602) 840-3012 <br> Email: rob@hbsslaw.com <br>         michellak@hbsslaw.com <br><br> [Additional Counsel on Next Page] <br><br> *Attorneys for Plaintiffs Vicky Maldonado and Justin Carter* | MEREDITH R. DEARBORN <br> GABRIEL R. SCHLABACH <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 943 Steiner Street <br> San Francisco, CA 94117 <br> Telephone: (415) 223-7300 <br> Facsimile: (415) 223-7420 <br> mdearborn@paulweiss.com <br> gschlabach@paulweiss.com <br><br> KAREN L. DUNN <br> WILLIAM A. ISAACSON <br> KYLE N. SMITH <br> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP <br> 2001 K Street, NW <br> Washington, DC 20006 <br> Telephone: (202) 223-7300 <br> Facsimile: (202) 223-7420 <br> kdunn@paulweiss.com <br> wisaacson@paulweiss.com <br> ksmith@paulweiss.com <br><br> *Attorneys for Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC INC. <br><br> Defendants. | No. 3:16-cv-04067-WHO <br><br> Related Case: <br> *English v. Apple Inc. et al.* <br> Case No. 3:14-cv-01619-WHO <br><br> **STIPULATION AND ORDER MODIFYING JANUARY 15, 2021 DEADLINE TO FILE *DAUBERT*/DISPOSITIVE MOTIONS** <br><br> [Civil L.R. 6-2] <br><br> Judge: William H. Orrick <br> Courtroom: 2, 17th Floor <br><br> Complaint Filed:  July 20, 2016 <br> Trial Date:  August 16, 2021 |

1  SHANA E. SCARLETT (SBN 217895)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, California  94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  Email: shanas@hbsslaw.com

5  RENEE FAGEN KENNEDY (*Pro Hac Vice*)
   P.O. Box 2222
6  Friendswood, Texas  77549
   Telephone: (832) 428-1552
7  Email: kennedyrk22@gmail.com

8  *Attorneys for Plaintiffs Vicky Maldonado and Justin Carter*

1   Pursuant to Civil Local Rule 6-2, Plaintiffs Vicky Maldonado and Justin Carter and
2   Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc. stipulate as
3   follows:
4   WHEREAS, on June 2, 2020, the Court held a Case Management Conference (ECF No.
5   211);
6   WHEREAS, the Court ordered that "*Daubert*/Dispositive motions" be heard by April 7,
7   2021 (ECF No. 211);
8   WHEREAS, the parties' "*Daubert*/Dispositive motions" are due to be filed January 15,
9   2021 (ECF Nos. 208, 211);
10  WHEREAS, due to the number of experts at issue, the number of experts deposed in
11  December, the commitments of Plaintiffs' counsel in other cases, and the intervening holidays,
12  Plaintiffs require an additional week to file their motions currently due on January 15, 2021 (Kras
13  Decl. ¶¶ 2-5);
14  WHEREAS, the parties have conferred and agreed to move the deadline to file both sides'
15  *Daubert*/Dispositive motions to January 22, 2021 (Kras Decl. ¶ 6);
16  WHEREAS, the parties request that the Court extend the deadline to file both sides'
17  *Daubert*/Dispositive motions from January 15, 2021 to January 22, 2021 (Kras Decl. ¶ 7);
18  WHEREAS, modifying this date will not alter the trial date, the deadlines to file the
19  oppositions to or replies in support of the *Daubert*/Dispositive motions, the April 7, 2021 hearing
20  date for those motions, or any other deadline already fixed by the Court (Kras Decl. ¶ 8);
21  WHEREAS, the pretrial schedule has been modified ten times (*see* Dkt. Nos. 76, 88, 92, 94,
22  150, 158, 164, 178, 196, 211) (Kras Decl. ¶ 9);
23  WHEREAS, the parties do not make this request for delay or any other improper purpose
24  (Kras Decl. ¶ 10).

STIPULATION AND ORDER RE
DAUBERT DEADLINES.- Case No. 3:16-cv-04067-WHO

1    THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's approval, that the deadline for the parties to file *Daubert*/Dispositive motions is moved from January 15, 2021 to January 22, 2021.

DATED: January 11, 2021                       HAGENS BERMAN SOBOL SHAPIRO LLP

                                              By  */s/ Steve W. Berman*
                                                  Steve W. Berman
                                                  ***Attorneys for Plaintiffs***
                                                  ***Vicky Maldonado and Justin Carter***

DATED: January 11, 2021                       PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                              By  */s/ Karen L. Dunn*
                                                  Karen L. Dunn
                                                  ***Attorneys for Defendants***
                                                  ***Apple Inc., AppleCare Service Company,***
                                                  ***Inc., and Apple CSC Inc.***

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  January 12, 2021

_____
Hon. William H. Orrick
United States District Judge

## ECF ATTESTATION

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Karen L. Dunn, counsel of record for Defendants, has concurred in this filing.

Dated: January 11, 2021                HAGENS BERMAN SOBOL SHAPIRO LLP


By:  /s/ Steve W. Berman
    Steve W. Berman
    *Attorneys for Plaintiffs*
    *Vicky Maldonado and Justin Carter*