Karen L. Dunn (DC SBN 1002520; *pro hac vice*)
kdunn@paulweiss.com
William A. Isaacson (DC SBN 414788; *pro hac vice*)
wisaacson@paulweiss.com
Kyle N. Smith (DC SBN 1029803; *pro hac vice*)
ksmith@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

Meredith R. Dearborn (SBN 268312)
mdearborn@paulweiss.com
Gabriel R. Schlabach (SBN 304859)
gschlabach@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
943 Steiner Street
San Francisco, CA 94117
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorneys for Defendants*
*APPLE INC., APPLECARE SERVICE COMPANY, INC., and*
*APPLE CSC INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC INC.<br><br>Defendants. | Case No. 3:16-cv-04067-WHO<br><br>**OMNIBUS DECLARATION OF MEREDITH DEARBORN IN SUPPORT OF APPLE'S *DAUBERT* AND DISPOSITIVE MOTIONS**<br><br>Judge:      William H. Orrick<br>Courtroom:  2, 17th Floor |

I, Meredith Dearborn, hereby declare as follows:

1.    I am a partner with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc. (collectively "Apple") in this action.  I make this declaration based on my own personal knowledge, and if called as a witness to testify, I could and would testify competently to the following facts.

2.    Attached as **Exhibit 1** is a true and correct copy of Plaintiffs' Expert Witness Disclosure, served on February 11, 2020.

3.    Attached as **Exhibit 2** is a true and correct copy of the Rebuttal Expert Report of Michael Pecht, Ph.D., served on March 13, 2020.

4.    Attached as **Exhibit 3** is a true and correct copy of the transcript of the deposition of Michael Pecht, taken on December 3, 2020.

5.    Attached as **Exhibit 4** is a true and correct copy of the Rebuttal Expert Report of Abhijit Dasgupta, served on September 25, 2020.

6.    Attached as **Exhibit 5** is a true and correct copy of the transcript of the deposition of Abhijit Dasgupta, taken on October 30, 2020.

7.    Attached as **Exhibit 6** is a true and correct copy of excerpts from the Supplemental Expert Report of Robert A. Bardwell, served on February 11, 2020.

8.    Attached as **Exhibit 7** is a true and correct copy of the Corrected [Second] Supplemental Expert Report of Robert A. Bardwell, dated September 14, 2020 and served on December 9, 2020.

9.    Attached as **Exhibit 8** is a true and correct copy of the transcript of the deposition of Robert A. Bardwell, taken on December 9, 2020.

10.    Attached as **Exhibit 9** is a true and correct copy of the Second Expert Report of Lance D. Kaufman, served on February 11, 2020.

11.    Attached as **Exhibit 10** is a true and correct copy of the Third Expert Report of Lance D. Kaufman, served on September 14, 2020.

OMNIBUS DEARBORN DECL. ISO APPLE'S *DAUBERT* AND DISPOSITIVE MOTIONS
Case No. 3:16-cv-04067-WHO

12.     Attached as **Exhibit 11** is a true and correct copy of the transcript of the deposition of Lance Kaufman, taken on November 13, 2020.

13.     Attached as **Exhibit 12** is a true and correct copy of the Amended Declaration of Colin B. Weir, served on February 14, 2020.

14.     Attached as **Exhibit 13** is a true and correct copy of the Supplemental Declaration of Colin B. Weir, served on September 14, 2020.

15.     Attached as **Exhibit 14** is a true and correct copy of excerpts from the transcript of the deposition of Colin B. Weir, taken on March 12, 2020.

16.     Attached as **Exhibit 15** is a true and correct copy of the transcript of the deposition of Colin B. Weir, taken on November 17, 2020.

17.     Attached as **Exhibit 16** is a true and correct copy of excerpts from the Expert Report of Steven P. Gaskin, served on February 11, 2020.

18.     Attached as **Exhibit 17** is a true and correct copy of the Reply of Steven P. Gaskin to the Report of Sarah Butler, served on September 14, 2020.

19.     Attached as **Exhibit 18** is a true and correct copy of the transcript of the deposition of Steven P. Gaskin, taken on November 3, 2020.

20.     Attached as **Exhibit 19** is a true and correct copy of the Expert Rebuttal Report of Paul L. Briant, served on March 13, 2020.

21.     Attached as **Exhibit 20** is a true and correct copy of the Expert Rebuttal Report of Paul K. Meyer, served on March 13, 2020.

22.     Attached as **Exhibit 21** is a true and correct copy of excerpts from the Update to Expert Rebuttal Report of Paul K. Meyer and attachments, served on November 13, 2020.

23.     Attached as **Exhibit 22** is a true and correct copy of the Expert Rebuttal Report of R. Russell Rhinehart, served on March 13, 2020.

24.     Attached as **Exhibit 23** is a true and correct copy of excerpts from the Expert Report of Prof. Philip Stark, served on March 13, 2020.

25.     Attached as **Exhibit 24** is a true and correct copy of Exhibit 113 from the deposition of Philip Stark, taken on December 1, 2020.

26. Attached as **Exhibit 25** is a true and correct copy of excerpts from the deposition of Denise Martin, taken on December 9, 2020.

27. Attached as **Exhibit 26** is a true and correct copy of excerpts from Exhibit 128 from the deposition of Denise Martin, taken on December 9, 2020.

28. Attached as **Exhibit 27** is a true and correct copy of excerpts from Exhibit 129 from the deposition of Denise Martin, taken on December 9, 2020.

29. Attached as **Exhibit 28** is a true and correct copy of excerpts from the transcript of the deposition of Michael Lanigan, from *English* v. *Apple*, No. 3:14-cv-01619-WHO, taken on May 8, 2015.

30. Attached as **Exhibit 29** is a true and correct copy of excerpts from the transcript of the deposition of Avijit Sen, taken on October 9, 2018.

31. Attached as **Exhibit 30** is a true and correct copy of excerpts from the transcript of the deposition of Jason Fu, taken on January 8, 2019.

32. Attached as **Exhibit 31** is a true and correct copy of excerpts from the transcript of the deposition of Jack Horan, taken on December 18, 2019.

33. Attached as **Exhibit 32** is a true and correct copy of excerpts from the transcript of the deposition of Stanley Randall Teele, taken on February 6, 2020.

34. On January 20, 2021, counsel for Plaintiffs stated in an email to counsel for Apple that they were unable to take a position on whether they object to the relief sought in Apple's Administrative Motion to File Under Seal Portions of Defendants' *Daubert* and Dispositive Motions and Supporting Documents prior to reviewing the pinpoint citations of the materials sought to be sealed.

OMNIBUS DEARBORN DECL. ISO APPLE'S *DAUBERT* AND DISPOSITIVE MOTIONS
Case No. 3:16-cv-04067-WHO

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of January, 2021, at Truckee, California.

_____
Meredith Dearborn
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP