# Exhibit 1

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
Email:  steve@hbsslaw.com

Robert B. Carey (*Pro Hac Vice*)
Michella A. Kras (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone:  (602) 840-5900
Facsimile:  (602) 840-3012
Email: rob@hbsslaw.com
        michellak@hbsslaw.com

*Attorneys for Plaintiffs*
*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC INC.<br><br>Defendants. | No. 3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc. et al.*<br>Case No. 3:14-cv-01619-WHO<br><br>**PLAINTIFFS' EXPERT WITNESS DISCLOSURE** |

010637-11/1224530 V1

Plaintiffs VICKY MALDONADO and JUSTIN CARTER, Individually and on Behalf of All Others Similarly Situated, hereby submit their expert witness disclosure pursuant to Federal Rules of Civil Procedure, Rule 26, and the Court's Case Management Scheduling Order.

Pursuant to F.R.C.P. 26(a)(2)(A), Plaintiffs hereby disclose the identity of the following expert witnesses who may be used at trial to present evidence under Federal Rule of Evidence 702, 703, or 705. Plaintiffs reserve the right to designate rebuttal expert witnesses upon any further expert designations by Defendants.

1.    Robert A. Bardwell
      President
      Bardwell Consulting Ltd.
      4801 W Yale Avenue
      Denver, CO  80219
      Phone:  720.219.3627

Mr. Bardwell is expected to give expert testimony regarding the opinions made in his report, attached hereto.

2.    Lance Kaufman
      Bardwell Consulting Ltd.
      4801 W Yale Avenue
      Denver, CO  80219
      Phone:  720.219.3627

Mr. Kaufman is expected to give expert testimony regarding the opinions made in his report, attached hereto.

3.    Michael Pecht, Ph.D.
      7027 Hunter Lane
      Hyattsville, MD 20782
      Phone:  301.405.5323

Dr. Pecht is expected to give expert testimony regarding the opinions made in his February 25, 2019 report.

4.    Colin B. Weir
      Vice President
      Economics and Technology, Inc. ("ETI")
      One Washington Mall, 15th Floor
      Boston, MA 02108
      Phone:  617.227.0900

Mr. Weir is expected to give expert testimony regarding the opinions made in his report, attached hereto.

5.      Steven P. Gaskin
        Applied Marketing Science, Inc.
        303 Wyman Street, Ste. 205
        Waltham, MA  02451
        Phone:  781.250.6311

Mr. Gaskin is expected to give expert testimony regarding the opinions in his report, attached

hereto.

DATED February 11, 2020                    HAGENS BERMAN SOBOL SHAPIRO LLP


By: _____
      Robert B. Carey (*Pro Hac Vice* )
      Michella A. Kras (*Pro Hac Vice*)
      HAGENS BERMAN SOBOL SHAPIRO LLP
      11 West Jefferson, Suite 1000
      Phoenix, Arizona 85003
      Telephone:  (602) 840-5900
      Facsimile:  (602) 840-3012
      Email:     rob@hbsslaw.com
                     michellak@hbsslaw.com

      Steve W. Berman (*Pro Hac Vice*)
      HAGENS BERMAN SOBOL SHAPIRO LLP
      1918 Eighth Avenue, Suite 3300
      Seattle, WA 98101
      Telephone:  (206) 623-7292
      Facsimile:  (206) 623-0594
      Email:  steve@hbsslaw.com

      Shana E. Scarlett (SBN 217895)
      715 Hearst Avenue
      Berkeley, California 94710
      Telephone:  (510) 725-3000
      Facsimile:  (510) 725-3001
      Email:  shanas@hbsslaw.com

      Renee F. Kennedy (*Pro Hac Vice*)
      P.O. Box 2222
      Friendswood, Texas 77549
      Telephone: (832) 428-1552
      Email: kennedyrk22@gmail.com

      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Hagens Berman Sobol Shapiro LLP, whose address is 11 West Jefferson, Suite 1000, Phoenix, Arizona 85003. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on February 11, 2020, I served a copy of:

**PLAINTIFFS' EXPERT WITNESS DISCLOSURE**

☒     **BY ELECTRONIC SERVICE [Fed. R. Civ. P. 5(b)]** by electronically mailing a true and correct copy through Hagens Berman Sobol Shapiro LLP's electronic mail system to the email address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure Rule 5(b).

Arturo J. Gonzalez
Penelope A. Preovolos
Tiffany Cheung
Margaret E. Mayo
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
AGonzalez@mofo.com
PPreovolos@mofo.com
TCheung@mofo.com
MMayo@mofo.com

Purvi G. Patel
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
PPatel@mofo.com

Meredith R. Dearborn
Gabriel R. Schlabach
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899
mdearborn@bsfllp.com
gschlabach@bsfllp.com

William A. Isaacson
Karen L. Dunn
Kyle N. Smith
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com
ksmith@bsfllp.com

*Counsel for Defendants, Apple Inc., Applecare Service Company, Inc., and Apple CSC Inc.*

I declare under penalty of perjury that the above is true and correct.

Executed at Phoenix, Arizona, this 11th day of February 2020.

_____
Michella A. Kras

PLAINTIFFS' EXPERT WITNESS DISCLOSURE
Case No. 3:16-cv-04067-WHO

- 3 -

010637-11/1224530 V1