Karen L. Dunn (DC SBN 1002520; *pro hac vice*)
kdunn@paulweiss.com
William A. Isaacson (DC SBN 414788; *pro hac vice*)
wisaacson@paulweiss.com
Kyle N. Smith (DC SBN 1029803; *pro hac vice*)
ksmith@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

Meredith R. Dearborn (SBN 268312)
mdearborn@paulweiss.com
Gabriel R. Schlabach (SBN 304859)
gschlabach@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
943 Steiner Street
San Francisco, CA 94117
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorneys for Defendants*
*APPLE INC., APPLECARE SERVICE COMPANY, INC., and*
*APPLE CSC INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC INC.,<br><br>Defendants. | Case No. 3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc., et al.*<br>Case No. 3:14-cv-01619-WHO<br><br>**CERTIFICATE OF SERVICE RE DEFENDANTS' *DAUBERT* MOTIONS AND SUPPORTING DOCUMENTS**<br><br>Complaint Filed: July 20, 2016<br>Trial Date: August 16, 2021 |

**CERTIFICATE OF SERVICE**
**(Fed. R. Civ. P. Rule 5(b))**

I declare that I am employed by the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 943 Steiner St., San Francisco, California 94117.  I am not a party to this cause of action, and I am over the age of eighteen years.

I further declare that on the date hereof I served a copy of the following documents:

> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY OF ROBERT A. BARDWELL [UNREDACTED]**
>
> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY OF LANCE D. KAUFMAN & COLIN B. WEIR [UNREDACTED]**
>
> **DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY OF STEVEN P. GASKIN & COLIN B. WEIR [UNREDACTED]**
>
> **EXHIBITS 2–11, 13, 15–24, 28–32 TO THE OMNIBUS DECLARATION OF MEREDITH DEARBORN IN SUPPORT OF APPLE'S *DAUBERT* AND DISPOSITIVE MOTIONS [UNREDACTED]**

☒    **BY ELECTRONIC SERVICE [Fed. R. Civ. Proc. Rule 5(b)]** by electronically mailing a true and correct copy through Paul, Weiss, Rifkind, Wharton & Garrison LLP's electronic mail system to the email addresses set forth below per agreement in accordance with Federal Rules of Civil Procedure rule 5(b)

| | |
|---|---|
| Robert B. Carey | Steve W. Berman |
| Michella A. Kras | Hagens Berman Sobol Shapiro LLP |
| Hagens Berman Sobol Shapiro LLP | 1301 Second Ave., Suite 2000 |
| 11 W. Jefferson Street, Suite 1000 | Seattle, Washington 98101 |
| Phoenix, Arizona 85003 | Telephone: (206) 623-7292 |
| Telephone: (602) 840-5900 | Facsimile: (206) 623-0594 |
| Facsimile: (602) 840-3012 | Email: steve@hbsslaw.com |
| Email: rob@hbsslaw.com | |
| Email: michellak@hbsslaw.com | |

Shana E. Scarlett
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com

I declare under penalty of perjury that the above is true and correct.

Executed at Oakland, California, this 22nd day of January, 2021.

| Gabriel R. Schlabach | |
| --- | --- |
| (typed) | (signature) |

2

CERTIFICATE OF SERVICE                                         Case No. 3:16-cv-04067-WHO