Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
Email:  steve@hbsslaw.com

Robert B. Carey (*Pro Hac Vice*)
Michella A. Kras (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone:  (602) 840-5900
Facsimile:  (602) 840-3012
Email: rob@hbsslaw.com
Email: michellak@hbsslaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>                                  Plaintiffs,<br><br>     v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC, INC.<br><br>                                  Defendants. | No. 3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc., et al.*<br>Case No.  3:14-cv-01619-WHO<br><br>PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL: (1) PLAINTIFFS' MOTION TO EXCLUDE IN PART DEFENDANTS' EXPERT RUSSELL RHINEHART, PH.D.; (2) PLAINTIFFS' MOTION TO EXCLUDE DEFENDANTS' EXPERT PAUL L. BRIANT, PH.D. AND PHILIP STARK, PH.D.; AND (3) SUPPORTING DOCUMENTS<br><br>Judge:  Hon. William H. Orrick<br>Courtroom: 2, 17th Floor<br>Complaint Filed:  July 20, 2016<br>Hearing Date:  April 7, 2021 |

Pursuant to Civil Local Rules 7-11 and 79-5 and the Stipulated Protective Order (ECF No. 68), Plaintiffs Vicky Maldonado and Justin Carter respectfully request leave of Court to seal portions of the following documents:

1. The highlighted portions of Plaintiffs' Motion to Exclude in Part Defendants' Expert R. Russell Rhinehart, Ph.D.;

2. The highlighted portions of Plaintiffs' Motion to Exclude Defendants' Experts Paul L. Briant, Ph.D. and Philip Stark, Ph.D.;

3. The highlighted portions of Exhibits 1, 2, 3, and 5 to the Berman Declaration in Support of Plaintiffs' Motion to Exclude in Part Defendants' Expert R. Russell Rhinehart, Ph.D.;

4. The highlighted portions of Exhibits 1, 2, 3, 4, 7, 8, 9, 10, and 11 to the Berman Declaration in Support of Plaintiffs' Motion to Exclude Defendants' Paul L. Briant, Ph.D. and Philip Stark, Ph.D.;

5. Exhibits 5 and 6 to the Berman Declaration in Support of Plaintiffs' Motion to Exclude Defendants' Paul L. Briant, Ph.D. and Philip Stark, Ph.D.;

6. The highlighted portions of Exhibits 1 and 3 to the Berman Declaration in Support of Plaintiffs' Motion to Exclude in Part Defendants' Expert Sarah Butler;

7. The highlighted portions of Exhibits 1 and 3 to the Berman Declaration in Support of Plaintiffs' Motion to Exclude in Part Defendants' Expert Itamar Simonson.

This administrative motion is based on the Declaration of Steve W. Berman in Support of Plaintiffs' Administrative Motion to File under Seal, the proposed order lodged with the Court, and any other relevant papers and pleadings.

The Protective Order in this action (ECF No. 68) requires that any information designated as confidential qualifies for protection pursuant to Federal Rule of Civil Procedure 26(c), under which a Court may require "that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way." Fed. R. Civ. P. 26(c)(G). Plaintiffs take no position on whether this information qualifies for protection under Fed. R. Civ. P. 26(c), as all of the identified information was designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" by Defendant        Apple Inc. (the "Designating Party"). Pursuant to

Civil Local Rule 79-5(e), Apple, as the Designating Party, carries the burden to demonstrate that the designated information is sealable or must withdraw the designation of confidentiality.

DATED: January 22, 2021         Respectfully submitted by,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
    Steve W. Berman (*Pro Hac Vice*)
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
Email:  steve@hbsslaw.com

Robert B. Carey (*Pro Hac Vice*)
Michella A. Kras (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, Arizona 85003
Telephone:  (602) 840-5900
Facsimile:  (602) 840-3012
Email:  rob@hbsslaw.com
Email:  michellak@hbsslaw.com

Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue
Berkeley, California 94710
Telephone:  (510) 725-3000
Facsimile:   (510) 725-3001
Email:  shanas@hbsslaw.com

Renee F. Kennedy (*Pro Hac Vice*)
P.O. Box 2222
Friendswood, TX 77549
Telephone: (832) 428-1552
Email:  kennedyrk22@gmail.com

*Attorneys for Plaintiffs*