1  STEVE W. BERMAN (*Pro Hac Vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1301 2nd Avenue, Suite 2000
   Seattle, WA 98101
3  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
4  Email: steve@hbsslaw.com

5  ROBERT B. CAREY (*Pro Hac Vice*)
   MICHELLA A. KRAS (*Pro Hac Vice*)
6  HAGENS BERMAN SOBOL SHAPIRO LLP
   11 West Jefferson, Suite 1000
7  Phoenix, Arizona 85003
   Telephone: (602) 840-5900
8  Facsimile: (602) 840-3012
   Email: rob@hbsslaw.com
9         michellak@hbsslaw.com

10 [Additional Counsel on Next Page]

11 *Attorneys for Plaintiffs Vicky Maldonado and Justin Carter*

MEREDITH R. DEARBORN
GABRIEL R. SCHLABACH
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
943 Steiner Street
San Francisco, CA 94117
Telephone: (415) 223-7300
Facsimile: (415) 223-7420
mdearborn@paulweiss.com
gschlabach@paulweiss.com

KAREN L. DUNN
WILLIAM A. ISAACSON
KYLE N. SMITH
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kdunn@paulweiss.com
wisaacson@paulweiss.com
ksmith@paulweiss.com

*Attorneys for Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC INC.<br><br>Defendants. | No. 3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc. et al.*<br>Case No. 3:14-cv-01619-WHO<br><br>STIPULATION AND ORDER MODIFYING DEADLINE TO FILE RESPONSE TO AND REPLY IN SUPPORT OF MOTION TO DECERTIFY<br><br>[Civil L.R. 6-2]<br><br>Judge: William H. Orrick<br>Courtroom: 2, 17th Floor<br><br>Complaint Filed: July 20, 2016<br>Trial Date: August 16, 2021 |

1  SHANA E. SCARLETT (SBN 217895)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, California 94710
3  Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
4  Email: shanas@hbsslaw.com

5  RENEE FAGEN KENNEDY (*Pro Hac Vice*)
   P.O. Box 2222
6  Friendswood, Texas 77549
   Telephone: (832) 428-1552
7  Email: kennedyrk22@gmail.com

8  *Attorneys for Plaintiffs Vicky Maldonado and Justin Carter*

Pursuant to Civil Local Rule 6-2, Plaintiffs Vicky Maldonado and Justin Carter and Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc. stipulate as follows:

WHEREAS, on June 2, 2020, the Court held a Case Management Conference (ECF No. 211);

WHEREAS, the Court ordered that "*Daubert*/Dispositive motions" be heard by April 7, 2021 (ECF No. 211);

WHEREAS, the Court extended the deadline to file "*Daubert*/Dispositive motions" from January 15, 2021 to January 22, 2021, at Plaintiffs' request (ECF Nos. 208, 211, 236);

WHEREAS, on January 22, 2021, Plaintiffs filed four *Daubert* motions and Defendants filed four *Daubert* motions and a Motion to Decertify (ECF Nos. ECF Nos. 239-243, 247-250);

WHEREAS, because Plaintiffs brought in supplemental attorneys to help respond to Defendants' five extensive and fact intensive motions, and those supplemental attorneys need additional time to become familiar with the facts, history, and experts in the case, Plaintiffs require an additional week to file their response to Defendants' Motion to Decertify (Kras Decl. ¶¶ 2-5);

WHEREAS, the parties have conferred and agreed to move the deadline to file the response to the Motion to Decertify from February 19, 2021 to February 26, 2021, and, to give Defendants sufficient time to reply, move the deadline to file the reply in support of the Motion to Decertify from March 19, 2021 to March 26, 2021 (Kras Decl. ¶¶ 6-8);

WHEREAS, the parties are not requesting to extend the deadline to file the *Daubert* motion responses and replies, and those deadlines will therefore remain as February 19, 2021 and March 19, 2021, respectively;

WHEREAS, the parties request that the Court extend the deadline to file the response to the Motion to Decertify from February 19, 2021 to February 26, 2021, and the deadline to file the reply in support of the Motion to Decertify from March 19, 2021 to March 26, 2021 (Kras Decl. ¶ 9);

WHEREAS, the parties are prepared to proceed with the scheduled April 7, 2021 hearing date for the *Daubert* motions and Motion to Decertify, or to proceed on an alternative later date should the Court request (Kras Decl. ¶ 8);

1  WHEREAS, the parties' request to extend the Motion to Decertify response and reply
2  deadlines does not alter the trial date, the deadlines to file the oppositions to or replies in support of
3  the *Daubert* motions, or any other deadline already fixed by the Court (Kras Decl. ¶¶ 8, 10);

4  WHEREAS, the pretrial schedule has been modified eleven times (*see* Dkt. Nos. 76, 88, 92,
5  94, 150, 158, 164, 178, 196, 211) (Kras Decl. ¶ 11);

6  WHEREAS, the parties do not make this request for delay or any other improper purpose
7  (Kras Decl. ¶ 12).

8  THEREFORE, IT IS HEREBY AGREED AND STIPULATED, subject to the Court's
9  approval, that the deadline for Plaintiffs to file the response to the Motion to Decertify is moved
10  from February 19, 2021 to February 26, 2021, and the deadline for Defendants to file the reply in
11  support of the Motion to Decertify is moved from March 19, 2021 to March 26, 2021.

DATED: February 5, 2021                HAGENS BERMAN SOBOL SHAPIRO LLP

By  */s/ Steve W. Berman*
     Steve W. Berman
     **Attorneys for Plaintiffs**
     ***Vicky Maldonado and Justin Carter***

DATED: February 5, 2021                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By  */s/ Karen L. Dunn*
     Karen L. Dunn
     **Attorneys for Defendants**
     ***Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc.***

PURSUANT TO STIPULATION, IT IS SO ORDERED, as modified: the hearing on the motion to decertify will be continued to April 14, 2021 at 2 p.m..

Date:  February 5, 2021

_____
Hon. William H. Orrick
United States District Judge

## ECF ATTESTATION

I, Steve W. Berman, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Karen L. Dunn, counsel of record for Defendants, has concurred in this filing.

Dated: February 5, 2021                                HAGENS BERMAN SOBOL SHAPIRO LLP

By: _/s/ Steve W. Berman_
Steve W. Berman
*Attorneys for Plaintiffs*
*Vicky Maldonado and Justin Carter*