Karen L. Dunn (DC SBN 1002520; *pro hac vice*)
kdunn@paulweiss.com
William A. Isaacson (DC SBN 414788; *pro hac vice*)
wisaacson@paulweiss.com
Kyle N. Smith (DC SBN 1029803; *pro hac vice*)
ksmith@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

Meredith R. Dearborn (SBN 268312)
mdearborn@paulweiss.com
Gabriel R. Schlabach (SBN 304859)
gschlabach@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
943 Steiner Street
San Francisco, CA 94117
Telephone: (202) 223-7300
Facsimile: (202) 223-7420

*Attorneys for Defendants*
*APPLE INC., APPLECARE SERVICE COMPANY, INC., and*
*APPLE CSC INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC INC.,<br><br>Defendants. | Case No. 3:16-cv-04067-WHO<br><br>**STATEMENT OF RECENT DECISION RE: APPLE'S MOTION TO DECERTIFY THE CLASS (ECF NO. 239) AND MOTION TO EXCLUDE EXPERT TESTIMONY OF ROBERT A. BARDWELL (ECF NO. 241)**<br><br>Date:       April 14, 2021<br>Time:       2:00 PM<br>Judge:      William H. Orrick<br>Courtroom:  2, 17th Floor |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

Pursuant to Civil Local Rule 7-3(d)(2), Defendants Apple Inc., AppleCare Service Company, Inc., and Apple CSC Inc. (collectively, "Apple") respectfully submit this Statement of Recent Decision requesting that the Court take notice of the Ninth Circuit's decision in *Olean Wholesale Grocery Cooperative* v. *Bumble Bee Foods LLC*, Case No. 19-56514, published on April 6, 2021 (attached hereto as Exhibit A), which is relevant to (1) Apple's Motion to Decertify the Class (ECF No. 239), and (2) Apple's Motion to Exclude Expert Testimony of Robert A. Bardwell (ECF No. 241).

Dated: April 6, 2021                    **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Karen L. Dunn*
    Karen L. Dunn (DC SBN 1002520)
    kdunn@paulweiss.com
    2001 K Street, NW
    Washington, DC 20006
    Telephone: (202) 223-7300
    Facsimile: (202) 223-7420

*Attorneys for Defendants Apple Inc.,*
*AppleCare Service Company, Inc., and*
*Apple CSC Inc.*