Karen L. Dunn (DC SBN 1002520; *pro hac vice*)
kdunn@paulweiss.com
William A. Isaacson (DC SBN 414788; *pro hac vice*)
wisaacson@paulweiss.com
Kyle N. Smith (DC SBN 1029803; *pro hac vice*)
ksmith@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

Meredith R. Dearborn (SBN 268312)
mdearborn@paulweiss.com
Gabriel R. Schlabach (SBN 304859)
gschlabach@paulweiss.com
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
943 Steiner Street
San Francisco, CA 94117
Telephone: (202) 223-7300
Facsimile:  (202) 223-7420

*Attorneys for Defendants*
APPLE INC., APPLECARE SERVICE COMPANY, INC., and APPLE CSC INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC INC.,<br><br>Defendants. | Case No. 3:16-cv-04067-WHO<br><br>**CERTIFICATE OF SERVICE RE: JOINT STATUS REPORT**<br><br>Judge:         William H. Orrick<br>Courtroom:  2, 17th Floor |

## CERTIFICATE OF SERVICE
### (Fed. R. Civ. P. Rule 5(b))

I declare that I am employed by the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 943 Steiner St., San Francisco, California 94117.  I am not a party to this cause of action, and I am over the age of eighteen years.

I further declare that on the date hereof I served a copy of the following documents:

**JOINT STATUS REPORT SUBMITTED AUGUST 31, 2021**

☒ **BY ELECTRONIC SERVICE [Fed. R. Civ. Proc. Rule 5(b)]** by electronically mailing a true and correct copy through Paul, Weiss, Rifkind, Wharton & Garrison LLP's electronic mail system to the email addresses set forth below per agreement in accordance with Federal Rules of Civil Procedure rule 5(b)

| | |
|---|---|
| Robert B. Carey | Steve W. Berman |
| Michella A. Kras | Hagens Berman Sobol Shapiro LLP |
| Hagens Berman Sobol Shapiro LLP | 1301 Second Ave., Suite 2000 |
| 11 W. Jefferson Street, Suite 1000 | Seattle, Washington 98101 |
| Phoenix, Arizona 85003 | Telephone: (206) 623-7292 |
| Telephone: (602) 840-5900 | Facsimile: (206) 623-0594 |
| Facsimile: (602) 840-3012 | Email: steve@hbsslaw.com |
| Email: rob@hbsslaw.com | |
| Email: michellak@hbsslaw.com | |

I declare under penalty of perjury that the above is true and correct.

Executed at San Francisco, California, this 31st day of August, 2021.

| Meredith R. Dearborn | */s/ Meredith R. Dearborn* |
|---|---|
| (typed) | (signature) |