Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Robert B. Carey (*pro hac vice*)
Michella A. Kras (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, AZ  85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email:   rob@hbsslaw.com
Email: michellak@hbsslaw.com

Renee Kennedy (*pro hac vice*)
P.O. Box 2222
Friendswood, TX 77549
Telephone: (832) 428-1552
Email: kennedyrk22@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>                                   Plaintiffs,<br><br>        v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC, INC.,<br><br>                                   Defendants. | No. 3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc. et al.*<br>Case No. 3:14-cc-01619-WHO<br><br>DECLARATION OF RENEE F. KENNEDY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS<br><br>Judge:  Hon. William H. Orrick<br>Courtroom:  2, 17th Floor<br>Complaint Filed:  July 20, 2016 |



I, RENEE F. KENNEDY, declare as follows:

1.      I am an attorney duly licensed to practice law before this court. I am a member of the Texas Bar, and I have been admitted to this court *pro hac vice*. I am a sole practitioner, and counsel of record for plaintiffs in the above-titled action. Based on personal knowledge of the matters stated herein, if called upon, I could and would competently testify thereto.

2.      My lodestar is calculated based on my current hourly rate of $425 per hour, which is based on my review of prevailing market rates in San Francisco, California, for attorneys of comparable skill, experience, and qualifications.

3.      Through January 21, 2022, I've billed 902.3 hours in this case for a total lodestar of $383,477.50.

4.      Detailed and contemporaneously prepared time records supporting this summary are available, if requested by the Court.

5.      I expended $2,145.85 in unreimbursed litigation expenses in prosecuting this litigation. These are the type of expenses typically billed by attorneys to paying clients in the marketplace and include such costs as fees paid or incurred to experts, online document repositories, and travel in connection with this litigation.

| Category | Total |
|---|---|
| Airfare | $831.18 |
| Filing Fees | $705.00 |
| Hotels | $277.49 |
| Meals | $9.74 |
| Messenger/Process Service | $197.50 |
| Transportation/Travel Expenses | $124.94 |
| **TOTAL** | **$2,145.85** |

6.      The litigation expenses incurred in prosecuting this case are reflected my books and records and are an accurate record of the expenses incurred.

7.      A spreadsheet itemizing those costs is attached as Exhibit 1 to this Declaration. Receipts and records supporting those expenses are available, if requested by the Court.

HAGENS BERMAN

1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

8.      I am a 1999 graduate of the University of Houston College of Law. I have been practicing law for over twenty years. My areas of practice include litigation, including consumer litigation, personal injury, family law, and criminal law.

9.      As co-counsel in this case, I performed the following work: significant case investigation; drafting the original Complaint; communicating and working with class representatives; coordinating Vicky Maldonado's discovery responses; reviewing and summarizing any relevant discovery from *English v. Apple*; attending depositions; attending hearings; and attending mediations. My work also includes, but is not limited to, assisting with: the drafting of the Amended Complaint; drafting Vicky Maldonado's discovery responses; meet and confers; communicating and working with experts; preparing Vicky Maldonado for deposition; reviewing, editing, and commenting on motions, correspondence, discovery requests, and discovery responses; and reviewing deposition transcripts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of January 2022, at Friendswood, Texas,

RENEE F. KENNEDY

HAGENS BERMAN
1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

EXHIBIT 1

| Date of Invoice | Description | Company | Amount | Bate Stamp Number |
|---|---|---|---|---|
| 7/20/2016 | Original Filing Fee for ECF DKT #1 In Maldonado | Court Receipt #0971- 10621211 | $400.00 | 0001 |
| 7/20/2016 | Pro Hac Vice ECF DKT #4 | Court Receipt #0971-10621396 | $305.00 | 0002 |
| 8/11/2016 | Hand Delivery of Demand Letter Served to Apple CSC, Inc. | A.P.S. Process Servies | $65.00 | 0003 |
| 8/28/2016 | Receipt from Valleywide Process Server for Service | Valleywide Process Server | $132.50 | 0004 |
| 9/8/2016 | Hotel | Sleep Inn Phoenix, AZ | $66.96 | 0005 |
| 9/9/2016 | Food | Paradise Bakery Café | $3.03 | 0005 |
| 9/9/2016 | Food | Paradise Bakery Café | $4.66 | 0005 |
| 9/9/2016 | Food | Wendy's | $2.05 | 0005 |
| 3/1/2017 | Transportation | Uber | $29.87 | 0006 - 0008 |
| 3/1/2017 | Transportation | United Airlines | $217.40 | 0009 - 0013 |
| 10/8/2017 | Trip from Airport to Hotel | Uber | $29.63 | 0014 - 0016 |
| 10/28/2018 | Transportation | American Air | $253.20 | 0018 - 0021 |
| 10/29/2018 | Transportation | Southwest Airlines | $360.58 | 0022 |
| 3/18/2019 | Hotel | Hotwire | $210.53 | 0023 - 0024 |
| 3/18/2019 | Transportation | Uber | $36.49 | 0025 - 0028 |
| 3/18/2019 | Transportation | Uber | $5.68 | 0029 - 0032 |
| 3/18/2019 | Transportation | Uber | $7.70 | 0033 - 0036 |
| 3/18/2019 | Transportation | Uber | $15.57 | 0037 -0040 |

**Total**          **$2,145.85**