Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Robert B. Carey (*pro hac vice*)
Michella A. Kras (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, AZ 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
Email: rob@hbsslaw.com
Email: michellak@hbsslaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC, INC.,<br><br>Defendants. | No. 3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc. et al.*<br>Case No. 3:14-cc-01619-WHO<br><br>**DECLARATION OF VICKY MALDONADO IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**<br><br>Judge: Hon. William H. Orrick<br>Courtroom: 2, 17th Floor<br>Complaint Filed: July 20, 2016 |

MALDONADO DECL. ISO MOTION FOR ATTORNEYS' FEES,
EXPENSES, SERVICE AWARD - 3:14-cc-01619-WHO



1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

I, Vicky Maldonado, declare as follows:

1. I am a Plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Motion for an Award of Attorneys' Fees, Expenses, and Service Awards.

3. I worked with Renee Kennedy in drafting the Complaint. I recounted my facts for her and searched and provided documents to support those facts. I also verified my factual allegations in the Complaint were accurate.

4. I worked with the attorneys and paralegals at Hagens Berman, as well as Renee Kennedy, in recounting my facts for the Amended Complaint, including multiple calls and emails. I also reviewed the Amended Complaint to make sure my factual allegations were accurate.

5. I responded to the discovery from Apple, including 13 interrogatories and 20 requests for production. I supplemented my answers with additional information when requested by Hagens Berman and/or Renee Kennedy. Responding to these discovery requests was time consuming.

6. I searched through my digital and paper files, looking for documents that were responsive to Apple's requests, including looking for information about all Apple devices I've ever owned, other warranties I've purchased for my devices, and receipts for those devices and warranties.

7. I took three days off work to travel from Houston Texas, to San Francisco, California, to be deposed by Apple. I met with Michella Kras and Renee Kennedy the day before and the morning of the deposition to prepare for the deposition, as I had not been deposed before.

8. I reviewed my deposition transcript for accuracy and corrected any errors I found.

9. I frequently check with Hagens Berman or Renee Kennedy on the progress of the litigation and to offer any assistance. I estimate I've spent between 4-6 full days (excluding my deposition) working on this case.

10. I reviewed the terms of the settlement with Hagens Berman and approve of the settlement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of January 2022 at Houston, Texas.

*Vicky Maldonado*