Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com

Robert B. Carey (*pro hac vice*)
Michella A. Kras (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson, Suite 1000
Phoenix, AZ  85003
Telephone: (602) 840-5900
Facsimile:  (602) 840-3012
Email: rob@hbsslaw.com
Email: michellak@hbsslaw.com

*Attorneys for Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICKY MALDONADO AND JUSTIN CARTER, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., APPLECARE SERVICE COMPANY, INC., AND APPLE CSC, INC.,<br><br>Defendants. | No. 3:16-cv-04067-WHO<br><br>Related Case:<br>*English v. Apple Inc. et al.*<br>Case No. 3:14-cv-01619-WHO<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS FOR CLASS REPRESENTATIVES<br><br>Judge:  Hon. William H. Orrick<br>Courtroom:  2, 17th Floor<br>Complaint Filed:  July 20, 2016 |



1    The Court, having reviewed Plaintiffs' Notice of Motion, Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Service Award for the Class Representatives, and the Memorandum of Points and the Authorities thereto ("Motion"), the pleadings and other papers on file in this Action and the argument of counsel, hereby finds that:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion requests an award of attorneys' fees in the amount of $27,550,000 or 29% of the $95 million Settlement Fund. Further, Plaintiffs and Class Counsel request reimbursement of out-of-pocket litigation costs and expenses in the amount of $1,397,165.53.

2. The Court finds Class Counsel's requested fee award of $27,550,000 of the Settlement Fund is fair and reasonable under the percentage-of-the-recovery method based upon the following factors: (1) the results obtained by Class Counsel in this case; (2) the risks and complex issues involved in this case, which were significant and required a high level of skill and high-quality work to overcome; (3) that the attorneys' fees requested were entirely contingent upon success—Class Counsel risked time and effort and advanced costs with no ultimate guarantee of compensation; (4) that the range of awards made in similar cases justifies an award of 29% here; and (5) that the Class Members have been notified of the requested fees and had an opportunity to inform the Court of any concerns they have with the request. As such, the Court finds that the requested fee award comports with the applicable law and is justified by the circumstances of this case.

3. The Court has confirmed the reasonableness of Class Counsel's fee request by conducting a lodestar cross-check. The Court finds that the 11,997.1 hours worked by Class Counsel as of January 21, 2022, were reasonable and necessary. The Court further finds that Class Counsel's reasonable lodestar on that date was $7,678,865.00 based on current hourly rates, and that such rates were reasonable. Class Counsel for Plaintiffs' requested fee award represents a multiplier of 3.58, which is reasonable in light of the results obtained.



4. In sum, upon consideration of the Motion and accompanying Declarations, and based upon all matters of record including the pleadings and papers filed in this action, the Court hereby finds that the fee requested is reasonable and proper.

5. The Court also finds that the expenses incurred by Class Counsel in this matter totaling $1,397,165.53 were reasonable in light of the needs and scope of the case.

6. Finally, the Court has determined, in its discretion, that service awards of $15,000 for Class Representative Vicky Maldonado and $12,500 for Class Representative Justin Carter are reasonable.

Accordingly, it is hereby **ORDERED** and **DECREED** that:

1. Class Counsel for Plaintiffs are awarded attorneys' fees of $27,550,000 (29% of the $95,000,000 Settlement Fund).

2. Class Counsel's request for reimbursement of out-of-pocket litigation costs and expenses totaling $1,397,165.53 is granted.

3. The Class Representative, Vicky Maldonado, is hereby awarded $15,000 and Class Representative, Justin Carter, is hereby awarded $12,500 in recognition for their service to the Class in this matter.

4. This order will be entered on this date pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finding that there is no just reason for delay.

**IT IS SO ORDERED.**

DATED: _____

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE