UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY MALDONADO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> APPLE, INC, et al., <br><br> Defendants. | Case No. 3:16-cv-04067-WHO <br><br> **JUDGMENT** |

Judgment is hereby entered in accordance with the Order Granting Final Approval of Settlement; Awarding Attorney's Fees, Costs, and Service Awards.

**IT IS SO ORDERED.**

Dated: April 29, 2022



WILLIAM H. ORRICK
United States District Judge